# PAY STATEMENT

**LEIDY'S, LLC**
SOUDERTON PA 18964

| DEPT. NO. | EMPL. NO. | EMPLOYEE NAME | TAXPAYER ID | FED WH STATUS | PAY PERIOD | CHECK DATE | CO. NO. | CHECK NO. |
|---|---|---|---|---|---|---|---|---|
| 160 | 1956 | WILLIAM R YELLETS JR | XXX-XX-5780 | M 2 | 4/21/19-4/27/19 | 5/02/19 | 13345 | 62048 |

| EARNINGS | HOURS/UNITS | RATE | THIS PAY | DEDS | THIS PAY | Y-T-D | DESCR | THIS PAY | Y-T-D |
|---|---|---|---|---|---|---|---|---|---|
| REG | 40.00 | 24.310 | 972.40 | SOCSEC | 113.27 | 1967.79 | GROSS | 1838.44 | 31946.02 |
| O.T. | 23.75 | 36.465 | 866.04 | MDCARE | 26.49 | 460.22 | | | |
| | | | | FED WH | 158.53 | 2762.09 | | | |
| | | | | PA TAX | 56.09 | 974.36 | | | |
| | | | | CTY TX | 18.27 | 317.41 | | | |
| | | | | SUI | 1.10 | 19.17 | | | |
| | | | | LST | 1.00 | 18.00 | | | |
| | | | | 401K % | 55.15 | 958.38 | | | |
| | | | | DENTAL | 11.54 | 207.72 | | | |
| | | | | LIFE S | 1.18 | 1.18 | | | |
| | | | | 401LN2 | 32.59 | 586.62 | ROTH% | | |
| | | | | LTD | 14.36 | 14.36 | LIFEE2 | | |

| TOTAL PAY | | TOTAL DEDUCTIONS | NET PAY | |
|---|---|---|---|---|
| 1838.44 | | 556.03 | 1282.41 | |

MATCH 55.15 55.15
Y-T-D 958.38 11.31
 958.38
 11.31

| | TAXABLE WAGES | |
|---|---|---|
| | THIS PAY | YTD |
| FEDERAL | 1771.75 | 30779.92 |
| SOCSEC | 1826.90 | 31738.30 |
| MDCARE | 1826.90 | 31738.30 |
| STATE | 1826.90 | 31738.30 |
| LOCAL | 1826.90 | 31738.30 |

TO REMOVE - LIFT CHECK, FOLD, CREASE, & TEAR ALONG PERFORATION

JetPay.

# LEDDY'S, LLC
SOUDERTON PA 18964

CO. NO. 13345

| DEPT NO | EMPL. NO | EMPLOYEE NAME | TAXPAYER ID | FED. WH STATUS | PAY PERIOD | CHECK DATE | CHECK NO |
|---|---|---|---|---|---|---|---|
| PTG160 | 1956 | WILLIAM R YELLETS JR | XXX-XX-5780 | M  2 | 4/28/19-5/04/19 | 5/09/19 | 62101 |

| EARNINGS | HOURS/UNITS | RATE | THIS PAY | DEDS | THIS PAY | Y-T-D | DESCR | THIS PAY | Y-T-D |
|---|---|---|---|---|---|---|---|---|---|
| REG | 24.72 | 24.310 | 600.94 | SOCSEC | 72.72 | 2040.51 | GROSS | 1184.38 | 33130.40 |
| PTO | 24.00 | 24.310 | 583.44 | MDCARE | 17.01 | 477.23 | | | |
| | | | | FED WH | 82.40 | 2844.49 | | | |
| | | | | PA TAX | 36.01 | 1010.37 | | | |
| | | | | CTY TX | 11.73 | 329.14 | | | |
| | | | | SUI | .71 | 19.88 | | | |
| | | | | LST | 1.00 | 19.00 | | | |
| | | | | 401K % | 35.53 | 993.91 | | | |
| | | | | DENTAL | 11.54 | 219.26 | | | |
| | | | | LIFE S | 1.18 | 2.36 | | | |
| | | | | 401LN2 | 32.59 | 619.21 | ROTH% | | |
| | | | | LTD | 14.36 | 28.72 | LIFE2 | | |

| TOTAL PAY | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|
| 1184.38 | 363.62 | 820.76 |

MATCH    35.53    993.91
Y-T-D    11.31    22.62

| | TAXABLE WAGES | |
|---|---|---|
| | THIS PAY | YTD |
| FEDERAL | 1137.31 | 31917.23 |
| SOCSEC | 1172.84 | 32911.14 |
| MDCARE | 1172.84 | 32911.14 |
| STATE | 1172.84 | 32911.14 |
| LOCAL | 1172.84 | 32911.14 |

TO REMOVE - LIFT CHECK, FOLD, CREASE, & TEAR ALONG PERFORATION

**PAY STATEMENT**

JetPay

**LEIDY'S, LLC**
SOUDERTON PA 18964
CO. NO. 13345

| DEPT.NO | EMPL.NO | EMPLOYEE NAME | TAXPAYER ID | FED WH STATUS | PAY PERIOD | CHECK DATE | CHECK NO |
|---|---|---|---|---|---|---|---|
| 60 | 1956 | WILLIAM R YELLETS JR | XXX-XX-5780 | M 2 | 5/12/19-5/18/19 | 5/23/19 | 62203 |

| EARNINGS | HOURS/UNITS | RATE | THIS PAY | DEDS | THIS PAY | Y-T-D | DESCR | THIS PAY | Y-T-D |
|---|---|---|---|---|---|---|---|---|---|
| REG | 40.00 | 24.310 | 972.40 | SOCSEC | 98.35 | 2260.31 | GROSS | 1597.77 | 36698.62 |
| OT | 17.15 | 36.465 | 625.37 | MDCARE | 23.00 | 528.63 | | | |
| | | | | FED WH | 130.52 | 3148.91 | | | |
| | | | | PA TAX | 48.70 | 1119.21 | | | |
| | | | | CTY TX | 15.86 | 364.59 | | | |
| | | | | SUI | .96 | 22.02 | | | |
| | | | | LST | 1.00 | 21.00 | | | |
| | | | | 401K % | 47.93 | 1100.95 | | | |
| | | | | DENTAL | 11.54 | 242.34 | | | |
| | | | | LIFE S | 1.18 | 4.72 | | | |
| | | | | 401LN2 | 32.59 | 684.39 | ROTH% | 47.93 | 1100.95 |
| | | | | LTD | 14.36 | 57.44 | LIFEE2 | 11.31 | 45.24 |

| TOTAL PAY | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|
| 1597.77 | 485.23 | 1112.54 |

MATCH  47.93
Y-T-D  1100.95

| | TAXABLE WAGES | |
|---|---|---|
| | THIS PAY | YTD |
| FEDERAL | 1538.30 | 35355.33 |
| SOCSEC | 1586.23 | 36456.28 |
| MDCARE | 1586.23 | 36456.28 |
| STATE | 1586.23 | 36456.28 |
| LOCAL | 1586.23 | 36456.28 |

TO REMOVE - LIFT CHECK, FOLD, CREASE, & TEAR ALONG PERFORATION

**PAY STATEMENT**

JetPay



## LEIDY'S, LLC
SOUDERTON PA 18964

| DEPT NO | EMPL NO | EMPLOYEE NAME | TAXPAYER ID | FED WH STATUS | PAY PERIOD | CHECK DATE | CHECK NO | CO. NO. |
|---|---|---|---|---|---|---|---|---|
| 0160 | 1956 | WILLIAM R YELLETS JR | XXX-XX-5780 | M 2 | 5/19/19-5/25/19 | 5/30/19 | 62260 | 13345 |

| EARNINGS | HOURS/UNITS | RATE | THIS PAY | DEDS | THIS PAY | Y-T-D | DESCR | THIS PAY | Y-T-D |
|---|---|---|---|---|---|---|---|---|---|
| REG | 40.00 | 24.310 | 972.40 | SOCSEC | 124.01 | 2384.32 | GROSS | 2011.65 | 38710.27 |
| OT | 28.50 | 36.465 | 1039.25 | MDCARE | 29.00 | 557.63 | | | |
| | | | | FED WH | 182.00 | 3330.91 | | | |
| | | | | PA TAX | 61.40 | 1180.61 | | | |
| | | | | CTY TX | 20.00 | 384.59 | | | |
| | | | | SUI | 1.21 | 23.23 | | | |
| | | | | LST | 1.00 | 22.00 | | | |
| | | | | 401K % | 60.35 | 1161.30 | | | |
| | | | | DENTAL | 11.54 | 253.88 | | | |
| | | | | LIFE S | 1.18 | 5.90 | | | |
| | | | | 401LN2 | 32.59 | 716.98 | ROTH% | | |
| | | | | LTD | 14.36 | 71.80 | LIFE2 | | |

| TOTAL PAY | | TOTAL DEDUCTIONS | | NET PAY | |
|---|---|---|---|---|---|
| 2011.65 | | 610.30 | | 1401.35 | |

| MATCH | 60.35 | | | | 60.35 | 1161.30 |
| Y-T-D | 1161.30 | | | | 11.31 | 56.55 |

| | TAXABLE WAGES | |
|---|---|---|
| | THIS PAY | YTD |
| FEDERAL | 1939.76 | 37295.09 |
| SOCSEC | 2000.11 | 38456.39 |
| MDCARE | 2000.11 | 38456.39 |
| STATE | 2000.11 | 38456.39 |
| LOCAL | 2000.11 | 38456.39 |

TO REMOVE - LIFT CHECK, FOLD, CREASE, & TEAR ALONG PERFORATION

**PAY STATEMENT**

*jetpay*

**LEIDY'S, LLC**
SOUDERTON PA 18964

| DEPT NO. | EMPL NO. | EMPLOYEE NAME | TAXPAYER ID | FED WH STATUS | PAY PERIOD | CHECK DATE | CHECK NO. |
|---|---|---|---|---|---|---|---|
| H9160 | 1956 | WILLIAM R YELLETS JR | XXX-XX-5780 | M 2 | 5/26/19-6/01/19 | 6/06/19 | 62314 |

| EARNINGS: | HOURS/UNITS | RATE | THIS PAY | DEDS | THIS PAY | Y-T-D | DESCR | THIS PAY | Y-T-D |
|---|---|---|---|---|---|---|---|---|---|
| P-T H9 | 32.00 | 24.310 | 777.92 | SOCSEC | 59.57 | 2443.89 | GROSS | 972.40 | 39682.67 |
| | 8.00 | 24.310 | 194.48 | MDCARE | 13.93 | 571.56 | | | |
| | | | | FED WH | 57.73 | 3388.64 | | | |
| | | | | PA TAX | 29.50 | 1210.11 | | | |
| | | | | CTY TX | 9.61 | 394.20 | | | |
| | | | | SUI | .58 | 23.81 | | | |
| | | | | LST | 1.00 | 23.00 | | | |
| | | | | 401K % | 29.17 | 1190.47 | | | |
| | | | | DENTAL | 11.54 | 265.42 | | | |
| | | | | LIFE S | 1.18 | 7.08 | ROTH% | | |
| | | | | 401LN2 | 32.59 | 749.57 | LIFEE2 | | |
| | | | | 401LN3 | 48.08 | 48.08 | LTD | | |

| TOTAL PAY | | TOTAL DEDUCTIONS | | NET PAY | |
|---|---|---|---|---|---|
| 972.40 | | 349.32 | | 623.08 | |

MATCH    29.17
Y-T-D   1190.47

| | TAXABLE WAGES | |
|---|---|---|
| | THIS PAY | YTD |
| FEDERAL | 931.69 | 38226.78 |
| SOCSEC | 960.86 | 39417.25 |
| MDCARE | 960.86 | 39417.25 |
| STATE | 960.86 | 39417.25 |
| LOCAL | 960.86 | 39417.25 |

29.17   1190.47
11.31     67.86
14.36     86.16

**PAY STATEMENT**

JetPay

TO REMOVE - LIFT CHECK, FOLD, CREASE, & TEAR ALONG PERFORATION

CO. NO. 13345

**LEIDY'S, LLC**
SCHNECKSVILLE PA 18964

| DEPT NO | EMPL NO | EMPLOYEE NAME | TAXPAYER ID | FED WH STATUS | PAY PERIOD | CHECK DATE | CO. NO. | CHECK NO |
|---|---|---|---|---|---|---|---|---|
| 160 | 1956 | WILLIAM R YELLETS JR | XXX-XX-5780 | M 2 | 6/30/19-7/06/19 | 7/11/19 | 13345 | 62584 |

| EARNINGS | HOURS/UNITS | RATE | THIS PAY | DEDS | THIS PAY | Y-T-D |
|---|---|---|---|---|---|---|
| REG | 40.00 | 24.310 | 972.40 | SOCSEC | 95.23 | 3004.27 GROSS |
| O | 7.77 | 36.465 | 283.33 | MDCARE | 22.27 | 702.62 |
| P | 4.00 | 24.310 | 97.24 | FED WH | 124.66 | 4170.15 |
| H | 8.00 | 24.310 | 194.48 | PA TAX | 47.15 | 1487.57 |
| | | | | CTY TX | 15.36 | 484.59 |
| | | | | SUI | .93 | 29.28 |
| | | | | LST | 1.00 | 28.00 |
| | | | | 401K % | 46.42 | 1463.34 TXLVY% |
| | | | | DENTAL | 11.54 | 323.12 ROTH% |
| | | | | LIFE S | 1.18 | 12.98 LIFEE |
| | | | | 401LN2 | 32.59 | 912.52 LIFEE2 |
| | | | | 401LN3 | 48.08 | 288.48 LTD |

| TOTAL PAY | | TOTAL DEDUCTIONS | | NET PAY | | Y-T-D |
|---|---|---|---|---|---|---|
| 1547.45 | | 518.50 | | 1547.45 | | 48778.62 |

MATCH  46.42
Y-T-D  1463.34

| | TAXABLE WAGES | |
|---|---|---|
| | THIS PAY | YTD |
| FEDERAL | 1489.49 | 46992.16 |
| SOCSEC | 1535.91 | 48455.50 |
| MDCARE | 1535.91 | 48455.50 |
| STATE | 1535.91 | 48455.50 |
| LOCAL | 1535.91 | 48455.50 |

DESCR   THIS PAY   Y-T-D
        46.42      56.00
                   1463.34
        11.31      124.41
        14.36      157.96

NET PAY  1028.95

**PAY STATEMENT**

*JetPay*

TO REMOVE - LIFT CHECK, FOLD, CREASE, & TEAR ALONG PERFORATION

**LEDDY'S, LLC**
SOUDERTON PA 18964

| DEPT NO | EMPL. NO | EMPLOYEE NAME | TAXPAYER ID | FED WH STATUS | PAY PERIOD | CHECK DATE | CO. NO. | CHECK NO |
|---|---|---|---|---|---|---|---|---|
| 0160 | 1956 | WILLIAM R YELLETS JR | XXX-XX-5780 | M 2 | 7/07/19-7/13/19 | 7/18/19 | 13345 | 62637 |

| EARNINGS | HOURS/UNITS | RATE | THIS PAY | DEDS | THIS PAY | Y-T-D | DESCR | THIS PAY | Y-T-D |
|---|---|---|---|---|---|---|---|---|---|
| REG | 40.00 | 24.310 | 972.40 | SOCSEC | 117.07 | 3121.34 | GROSS | 1899.70 | 50678.32 |
| OT | 25.43 | 36.465 | 927.30 | MDCARE | 27.38 | 730.00 | | | |
| | | | | FED WH | 165.66 | 4335.81 | | | |
| | | | | PA TAX | 57.97 | 1545.54 | | | |
| | | | | CTY TX | 18.88 | 503.47 | | | |
| | | | | SUI | 1.14 | 30.42 | | | |
| | | | | LST | 1.00 | 29.00 | | | |
| | | | | 401K % | 56.99 | 1520.33 | TXLVY% | | |
| | | | | DENTAL | 11.54 | 334.66 | ROTH% | | |
| | | | | LIFE S | 1.18 | 14.16 | LIFEE2 | 56.99 | |
| | | | | 401LN2 | 32.59 | 945.11 | LIFEE2 | 11.31 | |
| | | | | 401LN3 | 48.08 | 336.56 | LTD | 14.36 | |

| TOTAL PAY | 1899.70 | TOTAL DEDUCTIONS | 622.14 | NET PAY | 1277.56 |
|---|---|---|---|---|---|

MATCH   56.99
Y-T-D  1520.33

| | TAXABLE WAGES | |
|---|---|---|
| | THIS PAY | YTD |
| FEDERAL | 1831.17 | 48823.33 |
| SOCSEC | 1888.16 | 50343.66 |
| MDCARE | 1888.16 | 50343.66 |
| STATE | 1888.16 | 50343.66 |
| LOCAL | 1888.16 | 50343.66 |

**PAY STATEMENT**

JetPay

TO REMOVE - LIFT CHECK, FOLD, CREASE, & TEAR ALONG PERFORATION



## LEIDY'S, LLC
SOUDERTON PA 18964

CO. NO. 13345

| DEPT NO | EMPL NO | EMPLOYEE NAME | TAXPAYER ID | FED WH STATUS | PAY PERIOD | CHECK DATE | CHECK NO |
|---|---|---|---|---|---|---|---|
| 160 | 1956 | WILLIAM R YELLETS JR | XXX-XX-5780 | M 2 | 7/14/19 - 7/20/19 | 7/25/19 | 62689 |

| EARNINGS | HOURS/UNITS | RATE | THIS PAY | DEDS | THIS PAY | Y-T-D | DESCR | THIS PAY | Y-T-D |
|---|---|---|---|---|---|---|---|---|---|
| REG | 40.00 | 24.310 | 972.40 | SOCSEC | 82.03 | 3203.37 | GROSS | 1334.62 | 52012.94 |
| O1 | 4.60 | 36.465 | 167.74 | MDCARE | 19.18 | 749.18 | | | |
| P-O | 8.00 | 24.310 | 194.48 | FED WH | 99.89 | 4435.70 | | | |
| | | | | PA TAX | 40.62 | 1586.16 | | | |
| | | | | CTY TX | 13.23 | 516.70 | | | |
| | | | | SUI | .80 | 31.22 | | | |
| | | | | LST | 1.00 | 30.00 | | | |
| | | | | 401K % | 40.04 | 1560.37 | TXLVY% | | |
| | | | | DENTAL | 11.54 | 346.20 | ROTH% | | |
| | | | | LIFE S | 1.18 | 15.34 | LIFEE2 | 40.04 | 56.00 |
| | | | | 401LN2 | 32.59 | 977.70 | LIFEE2 | 11.31 | 1560.37 |
| | | | | 401LN3 | 48.08 | 384.64 | LTD | 14.36 | 186.68 |

| TOTAL PAY | | TOTAL DEDUCTIONS | | NET PAY | |
|---|---|---|---|---|---|
| 1334.62 | | 455.89 | | 878.73 | |

MATCH 40.04
Y-T-D 1560.37

| | TAXABLE WAGES | |
|---|---|---|
| | THIS PAY | YTD |
| FEDERAL | 1283.04 | 50106.37 |
| SOCSEC | 1323.08 | 51666.74 |
| MDCARE | 1323.08 | 51666.74 |
| STATE | 1323.08 | 51666.74 |
| LOCAL | 1323.08 | 51666.74 |

**PAY STATEMENT**

JetPay

**LEIDY'S, LLC**
SOUDERTON PA 18964

CO. NO. 13345

| DEPT NO. | EMPL. NO. | EMPLOYEE NAME | TAXPAYER ID | FED WH STATUS | PAY PERIOD | CHECK DATE | CHECK NO. |
|---|---|---|---|---|---|---|---|
| 160 | 1956 | WILLIAM R YELLETS JR | XXX-XX-5780 | M 2 | 7/28/19-8/03/19 | 8/08/19 | 62802 |

| EARNINGS | HOURS/UNITS | RATE | THIS PAY | Y-T-D |
|---|---|---|---|---|
| REG | 40.00 | 24.310 | 972.40 | |
| O/T | 28.98 | 36.465 | 1056.76 | |

| DEDS | THIS PAY | Y-T-D | DESCR |
|---|---|---|---|
| SOCSEC | 125.09 | 3449.91 | GROSS |
| MDCARE | 29.26 | 806.84 | |
| FED WH | 185.74 | 4795.34 | |
| PA TAX | 61.94 | 1708.24 | |
| CTY TX | 20.18 | 556.47 | |
| SUI | 1.22 | 33.62 | |
| LST | 1.00 | 32.00 | |
| 401K % | 60.87 | 1680.35 | |
| DENTAL | 11.54 | 369.28 | TXLVY% |
| LIFE S | 1.18 | 17.70 | ROTH% |
| 401LN2 | 32.59 | 1042.88 | LIFEE2 |
| 401LN3 | 48.08 | 480.80 | LTD |

| TOTAL PAY | TOTAL DEDUCTIONS | NET PAY | |
|---|---|---|---|
| 2029.16 | 665.23 | 1363.93 | |

MATCH       60.87
Y-T-D     1680.35

THIS PAY: 2029.16   Y-T-D: 56012.55

| | TAXABLE WAGES | |
|---|---|---|
| | THIS PAY | YTD |
| FEDERAL | 1956.75 | 53962.92 |
| SOCSEC | 2017.62 | 55643.27 |
| MDCARE | 2017.62 | 55643.27 |
| STATE | 2017.62 | 55643.27 |
| LOCAL | 2017.62 | 55643.27 |

| | | |
|---|---|---|
| | 60.87 | 56.00 |
| | 11.31 | 1680.35 |
| | 14.36 | 169.65 |
| | | 215.40 |

**PAY STATEMENT**

*JetPay*

TO REMOVE - LIFT CHECK, FOLD, CREASE, & TEAR ALONG PERFORATION