United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 19-15213-amc
William R. Yellets                                              Chapter 13
Linda J. Yellets
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-4          User: Keith              Page 1 of 2                  Date Rcvd: Sep 04, 2019
                              Form ID: 309I            Total Noticed: 41
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 06, 2019.
```
db/jdb         +William R. Yellets,    Linda J. Yellets,    PO Box 313,    Macungie, PA 18062-0313
tr             +SCOTT F. WATERMAN (Chapter 13),    Chapter 13 Trustee,    2901 St. Lawrence Ave.,    Suite 100,
                 Reading, PA 19606-2265
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg            +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
ust            +United States Trustee,    Office of the U.S. Trustee,    200 Chestnut Street,    Suite 502,
                 Philadelphia, PA 19106-2908
14376557       +American Water,    852 Wesley Drive,    Mechanicsburg, PA 17055-4475
14376558       +Arronrnts,    309 E Paces Ferry,    Atlanta, GA 30305-2377
14376560       +Auto Trakk, LLC,    1500 Sycamore Road,    Suite 200,    Montoursville, PA 17754-9416
14376562       +Citizen's Bank,    2001 Market Street,    Philadelphia, PA 19103-7044
14376868       +Credit Acceptance,    25505 W Twelve Mile Rd,    Suite 3000,    Southfield MI 48034-8331
14376564       +Fulmer Auto Sales,    1711 Northampton St,    Easton, PA 18042-3133
14376565       +H&S Service Center,    5749 N Walnut Street,    Macungie, PA 18062-1320
14376566       +Luzerne County Tax Claim Office,    200 N River St,    Wilkes Barre, PA 18711-1004
14377079       +Orion,    c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14376570       +PPL Electric Utilities,    2 North 9th Street,    Allentown, PA 18101-1179
14376568       +Pennsylvania Turnpike Commission,    Violation Processing Center,    8000 C. Derry Street,
                 Harrisburg, PA 17111-5287
14376571       +RCN,    PO Box 11816,    Newark, NJ 07101-8116
14376572      ++RECOVERY ONE LLC,    PO BOX 20404,    COLUMBUS OH 43220-0404
               (address filed with court: Recovery One Llc,     Po Box 20404,    Columbus, OH 43220)
14376573       +Santander Bank,    450 Penn Street,    Reading, PA 19602-1011
14376574       +TD Bank,    991 S. Township Line Rd,    Royersford, PA 19468-1823
14376575       +Tek Collect,    Pob 1269,    Columbus, OH 43216-1269
14376576       +Trexlertown Self Storage,    1455 Trexlertown Road,    Macungie, PA 18062-9292
14376577      ++UGI UTILITIES INC,    ATTN CREDIT & COLLECTIONS,    P O BOX 13009,    READING PA 19612-3009
               (address filed with court: UGI,     PO Box 71203,    Philadelphia, PA 19176)
14376578       +Wayne Bank,    P.O. Box 269,    Honesdale, PA 18431-0269
14376579       +Wyoming Valley Sanitary Authority,    1000 Wilkes Barre St,    Wilkes Barre, PA 18706-5244
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty             E-mail/Text: CourtNotices@rqplaw.com Sep 05 2019 03:04:13      JOSEPH L QUINN,
                 Ross, Quinn & Ploppert, P.C.,    192 S. Hanover Street, Suite 101,    Pottstown, PA  19464
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 05 2019 03:04:36
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 05 2019 03:04:46      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14376556        E-mail/Text: amscbankruptcy@adt.com Sep 05 2019 03:05:05      ADT,    PO Box 371490,
                 Pittsburgh, PA 15250-7490
14376559        EDI: CINGMIDLAND.COM Sep 05 2019 06:58:00      AT&T,    PO Box 537104,    Atlanta, GA 30353-7104
14376561        EDI: BANKAMER.COM Sep 05 2019 06:58:00      Bk Of Amer,    Po Box 982238,    El Paso, TX 79998
14383299       +EDI: AIS.COM Sep 05 2019 06:58:00      Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,
                 Oklahoma City, OK 73118-7901
14376563       +E-mail/Text: bankruptcy.bnc@ditech.com Sep 05 2019 03:04:21      Ditech Financial Llc,
                 345 Saint Peter St,    Saint Paul, MN 55102-1211
14381035        EDI: RESURGENT.COM Sep 05 2019 06:58:00      LVNV Funding, LLC,    Resurgent Capital Services,
                 PO Box 10587,    Greenville, SC 29603-0587
14376567       +E-mail/Text: blegal@phfa.org Sep 05 2019 03:04:39      Pa Housing Finance Age,
                 2101 N. Front Street,    Harrisburg, PA 17110-1086
14376569       +EDI: PRA.COM Sep 05 2019 06:58:00      Portfolio Recov Assoc,    120 Corporate Blvd Ste 100,
                 Norfolk, VA 23502-4952
14379432        EDI: Q3G.COM Sep 05 2019 06:58:00      Quantum3 Group LLC as agent for,    GPCC I LLC,
                 PO Box 788,    Kirkland, WA 98083-0788
14381843       +EDI: DRIV.COM Sep 05 2019 06:58:00      Santander Consumer USA Inc.,    PO Box 961245,
                 Fort Worth, TX 76161-0244
                                                                                              TOTAL: 13
```

```
               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*           +SCOTT F. WATERMAN (Chapter 13),    Chapter 13 Trustee,    2901 St. Lawrence Ave.,    Suite 100,
                 Reading, PA 19606-2265
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-4          User: Keith              Page 2 of 2           Date Rcvd: Sep 04, 2019
                              Form ID: 309I            Total Noticed: 41
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 06, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 4, 2019 at the address(es) listed below:
          JOSEPH L QUINN    on behalf of Joint Debtor Linda J. Yellets CourtNotices@rqplaw.com
          JOSEPH L QUINN    on behalf of Debtor William R. Yellets CourtNotices@rqplaw.com
          REBECCA ANN SOLARZ    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
          SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com
          SCOTT F. WATERMAN (Chapter 13)    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
           ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                            TOTAL: 6
```

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **William R. Yellets** | Social Security number or ITIN | **xxx–xx–5780** |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Linda J. Yellets** | Social Security number or ITIN | **xxx–xx–1581** |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of Pennsylvania** | Date case filed for chapter  **13**  **8/20/19** | |
| Case number: | **19–15213–amc** | | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case
**\*\*Debtor's Photo ID &Social Security Card Must Be Presented at 341 Hearing\*\***                12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | William R. Yellets | Linda J. Yellets |
| 2. | **All other names used in the last 8 years** | | fka Linda J. Artis, fka Linda Heemstra, fka Linda Vandegraaf |
| 3. | **Address** | PO Box 313<br>Macungie, PA 18062 | PO Box 313<br>Macungie, PA 18062 |
| 4. | **Debtor's attorney**<br>Name and address | JOSEPH L QUINN<br>Ross, Quinn & Ploppert, P.C.<br>192 S. Hanover Street, Suite 101<br>Pottstown, PA 19464 | Contact phone (610) 323–5300<br><br>Email: CourtNotices@rqplaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | SCOTT F. WATERMAN (Chapter 13)<br>Chapter 13 Trustee<br>2901 St. Lawrence Ave.<br>Suite 100<br>Reading, PA 19606 | Contact phone (610) 779–1313<br><br>Email: ECFMail@ReadingCh13.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | 400 Washington Street<br>Suite 300<br>Reading, PA 19601 | Hours open:<br>Philadelphia Office –– 8:30 A.M. to 5:00 P.M<br>Reading Office –– 8:00 A.M. to 4:30 P.M.<br><br>Contact phone (610)2085040<br><br>Date: 9/4/19 |

**For more information, see page 2**

Official Form 309I                **Notice of Chapter 13 Bankruptcy Case**                page 1

| 7. Meeting of creditors<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **October 1, 2019 at 02:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br>**Bar Association of Lehigh County, Meeting Rooms – Lower Level, 1114 West Walnut Street, Allentown, PA 18102** |
|---|---|---|
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 11/30/19** |
|  | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 10/29/19** |
|  | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 2/16/20** |
|  | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. |  |
|  | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:**  30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. This plan proposes payment to the trustee of $953.00 per month for 60 months. The plan is enclosed. The hearing on confirmation will be held on:<br>**11/14/19** at **10:00 AM** , Location: **Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at  www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. | |