UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

In re: William R. Yellets : Chapter 13
      Linda J. Yellets :
           Debtors : Bankruptcy No. 19-15213-amc

**CONSENT ORDER**

*AND NOW,* this 1st day of October, 2019 upon agreement of the parties, it is

***ORDERED,*** that because this is the Mrs. Yellets' fourth Chapter 13 bankruptcy filing since July 2014 and Mr. Yellets' second case since 2018, if this case is dismissed for any reason, it shall be with prejudice; Debtors shall be prohibited from filing, individually or jointly, any subsequent bankruptcy in any jurisdiction within two (2) years without further leave of court from date of dismissal order of case. And it is further

***ORDERED,*** that this Consent Order shall be effective without any further reference to its terms in any subsequent dismissal of this case, regardless of the circumstances of the dismissal, the identity of the party moving for the dismissal, or the express terms of the order dismissing the case. The dismissal of the case, in and of itself, shall be sufficient to effectuate this Consent Order and the barring of the Debtors from further filings in accordance with its terms.

Date: October 1, 2019

Scott F. Waterman, Esquire
Chapter 13 Standing Trustee

Date: 10/1/2019

Attorney for Debtors

Date: 10/1/2019

Debtor

Date: 10/1/2019

Debtor

**BY THE COURT:**

**Ashely M. Chan, Bankruptcy Judge**