United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 19-15213-amc
William R. Yellets                                                  Chapter 13
Linda J. Yellets
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: PaulP            Page 1 of 1              Date Rcvd: Oct 16, 2019
                             Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 18, 2019.
db/jdb        +William R. Yellets,   Linda J. Yellets,   PO Box 313,   Macungie, PA 18062-0313

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 18, 2019                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 16, 2019 at the address(es) listed below:
          JOSEPH L QUINN    on behalf of Debtor William R. Yellets CourtNotices@rqplaw.com
          REBECCA ANN SOLARZ    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
          ROLANDO RAMOS-CARDONA    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
           ecfmail@readingch13.com,  ecf_frpa@trustee13.com
          SCOTT F. WATERMAN (Chapter 13)   ECFMail@ReadingCh13.com,  ecf_frpa@trustee13.com
          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM EDWARD CRAIG    on behalf of Creditor    Santander Consumer USA Inc.
           ecfmail@mortoncraig.com,  mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                            TOTAL: 6

UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | William R. Yellets | : | Chapter 13 |
| | Linda J. Yellets | : | |
| | Debtors | : | Bankruptcy No. 19-15213-amc |

### CONSENT ORDER

***AND NOW,*** this 1st day of October, 2019 upon agreement of the parties, it is

***ORDERED,*** that because this is the Mrs. Yellets' fourth Chapter 13 bankruptcy filing since July 2014 and Mr. Yellets' second case since 2018, if this case is dismissed for any reason, it shall be with prejudice; Debtors shall be prohibited from filing, individually or jointly, any subsequent bankruptcy in any jurisdiction within two (2) years without further leave of court from date of dismissal order of case. And it is further

***ORDERED,*** that this Consent Order shall be effective without any further reference to its terms in any subsequent dismissal of this case, regardless of the circumstances of the dismissal, the identity of the party moving for the dismissal, or the express terms of the order dismissing the case. The dismissal of the case, in and of itself, shall be sufficient to effectuate this Consent Order and the barring of the Debtors from further filings in accordance with its terms.

Date: October 1, 2019

_____
Scott F. Waterman, Esquire
Chapter 13 Standing Trustee

Date: 10/1/2019

_____
Attorney for Debtors

Date: 10/1/2019

_____
Debtor

Date: 10/1/2019

_____
Debtor

**BY THE COURT·**

Date: October 16, 2019

_____
**Ashely M. Chan, Bankruptcy Judge**