United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
William R. Yellets  
Linda J. Yellets  
      Debtors

Case No. 19-15213-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: jch      Page 1 of 1      Date Rcvd: Nov 12, 2019  
                       Form ID: 175     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 14, 2019.  
db/jdb        +William R. Yellets,    Linda J. Yellets,    PO Box 313,    Macungie, PA 18062-0313

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                 TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 14, 2019                                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 12, 2019 at the address(es) listed below:  
         JOSEPH L QUINN     on behalf of Joint Debtor Linda J. Yellets CourtNotices@rqplaw.com  
         JOSEPH L QUINN     on behalf of Debtor William R. Yellets CourtNotices@rqplaw.com  
         REBECCA ANN SOLARZ     on behalf of Creditor     Ditech Financial LLC bkgroup@kmllawgroup.com  
         ROLANDO    RAMOS-CARDONA     on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)  
          ecfmail@readingch13.com,    ecf_frpa@trustee13.com  
         SCOTT F. WATERMAN (Chapter 13)     ECFMail@ReadingCh13.com,    ecf_frpa@trustee13.com  
         SCOTT F. WATERMAN (Chapter 13)     on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)  
          ECFMail@ReadingCh13.com,    ecf_frpa@trustee13.com  
         United States Trustee     USTPRegion03.PH.ECF@usdoj.gov  
         WILLIAM EDWARD CRAIG     on behalf of Creditor     Santander Consumer USA Inc.  
          ecfmail@mortoncraig.com,    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com  
                                                                                                       TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: William R. Yellets and Linda J. Yellets
    Debtor(s)

Case No: 19−15213−amc
Chapter: 13

## NOTICE OF SHOW CAUSE HEARING

To the debtor, debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing to show cause why

this case should not be dismissed for failure to pay the first & final installment payment for a total amount of $310.00.

will be held before the Honorable Ashely M. Chan ,United States Bankruptcy Court

on: 12/12/19

at: 11:00 AM

in: Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

For The Court

Timothy B. McGrath
Clerk of Court

Dated: November 12, 2019

22
Form 175