Certificate Number: 05781-PAE-DE-033755170

Bankruptcy Case Number: 19-15213



05781-PAE-DE-033755170

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 26, 2019, at 2:44 o'clock PM PST, Linda Yellets completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   November 26, 2019         By:   /s/Allison M Geving

Name:   Allison M Geving

Title:   President