*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: William R. Yellets and Linda J. Yellets

    Debtor(s)

Case No: 19–15213–amc

Chapter: 13

---

### *NOTICE OF RESCHEDULED HEARING*

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the
Honorable Ashely M. Chan

, United States Bankruptcy Court 2/13/20 at 10:00 AM , in Courtroom 1, Third Floor, The
Madison, 400 Washington Street, Reading, PA 19601

 

    For The Court

    Timothy B. McGrath
    Clerk of Court