UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    WILLIAM R. YELLETS<br>    LINDA J. YELLETS<br><br>                  Debtors | Chapter 13<br>Bankruptcy No.19-15213-AMC |

## CERTIFICATE OF SERVICE

I, Deborah A. Earnshaw, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtors* filed in the above-referenced case has been served this 24th day of January, 2020, by first class mail upon those listed below:

WILLIAM R. YELLETS
LINDA J. YELLETS
P. O. BOX 313
MACUNGIE, PA  18062

**Electronically via CM/ECF System Only:**

JOSEPH L QUINN ESQ
ROSS QUINN & PLOPPERT PC
192 S HANOVER STREET, SUITE 101
POTTSTOWN, PA  19464


                                                            */s/ Deborah A. Earnshaw*
                                                            Deborah A. Earnshaw
                                                            for
                                                            Scott F. Waterman, Esquire
                                                            Standing Chapter 13 Trustee