*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: William R. Yellets and Linda J. Yellets

    Debtor(s)

Case No: 19−15213−amc

Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

Motion for Relief from Stay re: 158 East Main Street, Macungie, PA, 18062 Filed by Ditech Financial LLC Represented by REBECCA ANN SOLARZ.

\*\*Hearing Date and Location Changed\*\*

    on: 2/27/20

    at: 11:00 AM

    in: 201 Penn Street, 4th Floor, Reading, PA 19601

For The Court

Date: 2/6/20

Timothy B. McGrath
Clerk of Court

39 − 28
Form 167