```
                          United States Bankruptcy Court
                          Eastern District of Pennsylvania
In re:                                                             Case No. 19-15213-amc
William R. Yellets                                                 Chapter 13
Linda J. Yellets
        Debtors                        CERTIFICATE OF NOTICE
District/off: 0313-4          User: SaraR                 Page 1 of 2               Date Rcvd: Feb 06, 2020
                              Form ID: 167                Total Noticed: 45


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 08, 2020.
db/jdb         +William R. Yellets,    Linda J. Yellets,    PO Box 313,    Macungie, PA 18062-0313
14376557       +American Water,    852 Wesley Drive,    Mechanicsburg, PA 17055-4475
14376558       +Arronrnts,    309 E Paces Ferry,    Atlanta, GA 30305-2377
14376560       +Auto Trakk, LLC,    1500 Sycamore Road,    Suite 200,    Montoursville, PA 17754-9416
14376561      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bk Of Amer,    Po Box 982238,    El Paso, TX 79998)
14376562       +Citizen’s Bank,    2001 Market Street,    Philadelphia, PA 19103-7044
14376868       +Credit Acceptance,    25505 W Twelve Mile Rd,    Suite 3000,    Southfield MI 48034-8331
14381358       +Ditech Financial LLC,    Rebecca A Solarz, Esq.,    KML Law Group,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14381084       +Ditech Financial LLC,    C/O KML Law Group,    701 Market Street Suite 5000,
                 Philadelphia, PA. 19106-1541
14410681        Ditech Financial LLC,    PO Box 12740,    Tempe, AZ 85284-0046
14376564       +Fulmer Auto Sales,    1711 Northampton St,    Easton, PA 18042-3133
14376565       +H&S Service Center,    5749 N Walnut Street,    Macungie, PA 18062-1320
14376566       +Luzerne County Tax Claim Office,    200 N River St,    Wilkes Barre, PA 18711-1004
14377079       +Orion,    c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14376570       +PPL Electric Utilities,    2 North 9th Street,    Allentown, PA 18101-1179
14376568       +Pennsylvania Turnpike Commission,    Violation Processing Center,    8000 C. Derry Street,
                 Harrisburg, PA 17111-5287
14376571       +RCN,    PO Box 11816,    Newark, NJ 07101-8116
14376572      ++RECOVERY ONE LLC,    PO BOX 20404,    COLUMBUS OH 43220-0404
               (address filed with court: Recovery One Llc,    Po Box 20404,    Columbus, OH 43220)
14441858       +Ross, Quinn & Ploppert, P.C.,    192 S. Hanover Street, Suite 101,    Pottstown, PA 19464-6096
14376573       +Santander Bank,    450 Penn Street,    Reading, PA 19602-1011
14381843       +Santander Consumer USA Inc.,    PO Box 961245,    Fort Worth, TX 76161-0244
14391603       +Santander Consumer USA, Inc.,    c/o William E. Craig, Esq.,    Morton & Craig, LLC,
                 110 Marter Ave Suite 301,    Moorestown, NJ 08057-3125
14376574       +TD Bank,    991 S. Township Line Rd,    Royersford, PA 19468-1823
14376575       +Tek Collect,    Pob 1269,    Columbus, OH 43216-1269
14376576       +Trexlertown Self Storage,    1455 Trexlertown Road,    Macungie, PA 18062-9292
14376577      ++UGI UTILITIES INC,    ATTN CREDIT & COLLECTIONS,    P O BOX 13009,    READING PA 19612-3009
               (address filed with court: UGI,    PO Box 71203,    Philadelphia, PA 19176)
14376578       +Wayne Bank,    P.O. Box 269,    Honesdale, PA 18431-0269
14376579       +Wyoming Valley Sanitary Authority,    1000 Wilkes Barre St,    Wilkes Barre, PA 18706-5244

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 07 2020 03:13:58      Orion (Verizon),
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14376556       +E-mail/Text: amscbankruptcy@adt.com Feb 07 2020 03:18:42      ADT,    PO Box 371490,
                 Pittsburgh, PA 15250-7490
14408216       +E-mail/Text: amscbankruptcy@adt.com Feb 07 2020 03:18:42      ADT Security Svcs, Inc.,
                 3190 South Vaughn Way,    Aurora, CO 80014-3512
14376559        E-mail/Text: g20956@att.com Feb 07 2020 03:18:37      AT&T,    PO Box 537104,
                 Atlanta, GA 30353-7104
14405465       +E-mail/Text: g20956@att.com Feb 07 2020 03:18:37      AT&T Mobility II LLC,
                  %AT&T SERVICES INC.,    KAREN A. CAVAGNARO PARALEGAL,    ONE AT&T WAY, SUITE 3A104,
                 BEDMINSTER, NJ. 07921-2693
14383299       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 07 2020 03:13:39
                 Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
14407225       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 07 2020 03:13:39      Directv, LLC,
                 by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
14376563       +E-mail/Text: bankruptcy.bnc@ditech.com Feb 07 2020 03:17:35      Ditech Financial Llc,
                 345 Saint Peter St,    Saint Paul, MN 55102-1211
14381035        E-mail/PDF: resurgentbknotifications@resurgent.com Feb 07 2020 03:13:39      LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14377594       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 07 2020 03:13:59      Orion,
                 c/o PRA Receivables Management, LLC,    attn: Valerie Smith,    PO Box 41021,
                 Norfolk, VA 23541-1021
14391805       +E-mail/Text: csc.bankruptcy@amwater.com Feb 07 2020 03:18:43      PA American Water,
                 PO Box 578,    Alton, IL 62002-0578
14463012        E-mail/Text: blegal@phfa.org Feb 07 2020 03:18:07      PHFA/HEMAP,    211 NORTH FRONT ST,
                 PO BOX 8029,    HARRISBURG, PA 17105
14376567       +E-mail/Text: blegal@phfa.org Feb 07 2020 03:18:07      Pa Housing Finance Age,
                 2101 N. Front Street,    Harrisburg, PA 17110-1086
14376569       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 07 2020 03:35:43
                 Portfolio Recov Assoc,    120 Corporate Blvd Ste 100,    Norfolk, VA 23502-4952
14379432        E-mail/Text: bnc-quantum@quantum3group.com Feb 07 2020 03:17:45
                 Quantum3 Group LLC as agent for,    GPCC I LLC,    PO Box 788,    Kirkland, WA 98083-0788
14408740        E-mail/Text: bkdepartment@rtresolutions.com Feb 07 2020 03:18:12
                 Real Time Resolutions, Inc.,    1349 Empire Central Drive, Suite #150,
                 Dallas, Texas 75247-4029
```

```
District/off: 0313-4          User: SaraR              Page 2 of 2               Date Rcvd: Feb 06, 2020
                              Form ID: 167             Total Noticed: 45
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
14391969         E-mail/Text: bkrcy@ugi.com Feb 07 2020 03:18:39      UGI Utilities, Inc.,    P.O. Box 13009,
                 Reading, PA 19612
                                                                                                 TOTAL: 17

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*              +Santander Consumer USA Inc.,   P.O. Box 961245,    Fort Worth, TX 76161-0244
14401450*        +Auto Trakk LLC,   1500 Sycamore Road,   Suite 200,    Montoursville, PA 17754-9416
                                                                                      TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 08, 2020                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 6, 2020 at the address(es) listed below:
```
          JOSEPH L QUINN    on behalf of Joint Debtor Linda J. Yellets CourtNotices@rqplaw.com
          JOSEPH L QUINN    on behalf of Debtor William R. Yellets CourtNotices@rqplaw.com
          REBECCA ANN SOLARZ    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
          ROLANDO  RAMOS-CARDONA    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
           ecfmail@readingch13.com
          SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
          SCOTT F. WATERMAN (Chapter 13)    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
           ECFMail@ReadingCh13.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM EDWARD CRAIG    on behalf of Creditor    Santander Consumer USA Inc.
           ecfmail@mortoncraig.com,    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                                  TOTAL: 8
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: William R. Yellets and Linda J. Yellets
    Debtor(s)

Case No: 19–15213–amc
Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan, United States Bankruptcy Judge to consider:

Motion for Relief from Stay re: 158 East Main Street, Macungie, PA, 18062 Filed by Ditech Financial LLC Represented by REBECCA ANN SOLARZ.

**Hearing Date and Location Changed**

on: 2/27/20

at: 11:00 AM

in: 201 Penn Street, 4th Floor, Reading, PA 19601

Date: 2/6/20

For The Court

Timothy B. McGrath
Clerk of Court

39 – 28
Form 167