IN THE U.S. BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  William R. Yellets and         :         Chapter 13
       Linda J. Yellets                   :
              Debtors            :         Bankruptcy No.: 19-15213-amc

## CERTIFICATE OF SERVICE

I, Joseph Quinn, Esquire, attorney for Debtors hereby certify that a true and correct copy of Debtors' proposed First Amended Chapter 13 Plan dated and docketed February 27, 2020 was forwarded to the following parties, as follows:

*Via First Class United States Mail on March 5, 2020:*

Iman McAllister, Assistant Counsel
PHFA/HEMAP
211 North Front Street, PO Box 15206
Harrisburg, PA 17101-5206

Rose Velasquez, Sr. Analyst/Trainer
Real Time Resolutions, Inc.
1349 Empire Central Drive, Suite 150
Dallas, TX 75247

*via Electronic Filing (ECF on February 27, 2020:*

William Edward Craig on behalf of Creditor Santander Consumer USA Inc.
ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

Rolando Ramos-Cardona on behalf of Trustee Scott F. Waterman (Chapter 13)
ecfmail@readingch13.com

Rebecca Ann Solarz on behalf of Creditor Ditech Financial LLC
bkgroup@kmllawgroup.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

Scott F. Waterman, Esq., Chapter 13 Trustee
ECFMail@ReadingCh13.com

                                    **ROSS, QUINN & PLOPPERT, P.C.**

                            By:    */s/ Joseph Quinn*
                                   Joseph Quinn, Esquire
                                   Attorney I.D. No. 307467
                                   101 S. Hanover Street, Suite 101
                                   Pottstown, PA 19464
                                   T: 610.323.5300
                                   F: 610.323.6081
                                   JQuinn@RQPLaw.com
Date:  March 5, 2020                  Counsel for Debtor