| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
### Chapter 13 Case No. 19-15213-PMM

WILLIAM R. YELLETS  
LINDA J. YELLETS  
P. O. BOX 313  
MACUNGIE  PA    18062

Petition Filed Date: 08/20/2019  
341 Hearing Date: 10/01/2019  
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 10/10/2019 | $476.50 | | 11/06/2019 | $429.50 | 26265313170 | 11/06/2019 | $1,000.00 | 26265313168 |
| 12/27/2019 | $963.00 | 25742788277 | 02/04/2020 | $1,000.00 | 25464472547 | 03/03/2020 | $1,000.00 | 25250149967 |
| 03/13/2020 | $200.00 | 26063091000 | 03/24/2020 | $300.00 | 26425205976 | 04/07/2020 | $590.00 | 26425206764 |
| 05/06/2020 | $910.00 | 26425208621 | 05/06/2020 | $910.00 | 26425208632 | 05/27/2020 | $300.00 | 26425204312 |
| 05/28/2020 | $700.00 | 26425204290 | 06/11/2020 | $400.00 | 26425207247 | 06/11/2020 | $1,000.00 | 26425207236 |
| 07/07/2020 | $1,000.00 | 26770777031 | 07/07/2020 | $1,000.00 | 26770777042 | 07/22/2020 | $820.00 | |

**Total Receipts for the Period: $12,999.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $12,999.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| | | | | | |

### SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $12,999.00 | Current Monthly Payment: | $1,820.00 |
| Paid to Claims: | $0.00 | Arrearages: | $1,819.00 |
| Paid to Trustee: | $1,230.11 | Total Plan Base: | $103,998.00 |
| Funds on Hand: | $11,768.89 | | |

**NOTES:**

- PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.