IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

| | |
|---|---|
| In re: WILLIAM R. YELLETS )<br>LINDA J. YELLETS )<br>**Debtor(s)** ) | CHAPTER 13 |
| ) | |
| SANTANDER CONSUMER USA INC. )<br>dba CHRYSLER CAPITAL )<br>**Moving Party** ) | Case No.: 19-15213 (PMM) |
| ) | |
| v. ) | |
| ) | |
| WILLIAM R. YELLETS )<br>LINDA J. YELLETS )<br>**Respondent(s)** ) | |
| ) | |
| SCOTT F. WATERMAN )<br>**Trustee** ) | |

## ORDER APPROVING STIPULATION

IT IS HEREBY ORDERED that the Stipulation between Santander Consumer USA Inc. dba Chrysler Capital and the Debtors in settlement of the Objection To Confirmation, and filed on or about August 28, 2020 in the above matter is APPROVED.

Dated: **August 31, 2020**

BY THE COURT:

*Patricia M. Mayer*

UNITED STATES BANKRUPTCY JUDGE