United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
William R. Yellets  
Linda J. Yellets  
        Debtors

Case No. 19-15213-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4        User: PaulP              Page 1 of 1              Date Rcvd: Aug 31, 2020
                      Form ID: pdf900         Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 02, 2020.
db             +William R. Yellets,    PO Box 313,    Macungie, PA 18062-0313
jdb            +Linda J. Yellets,    PO Box 313,    Macungie, PA 18062-0313

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 02, 2020                                                Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 31, 2020 at the address(es) listed below:
      JOSEPH L QUINN    on behalf of Joint Debtor Linda J. Yellets CourtNotices@rqplaw.com
      JOSEPH L QUINN    on behalf of Debtor William R. Yellets CourtNotices@rqplaw.com
      REBECCA ANN SOLARZ    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
      ROLANDO   RAMOS-CARDONA    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
       ecfmail@readingch13.com
      SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
      SCOTT F. WATERMAN (Chapter 13)    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
       ECFMail@ReadingCh13.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM EDWARD CRAIG    on behalf of Creditor    Santander Consumer USA Inc.
       ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                                                  TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

| | |
|---|---|
| In re: WILLIAM R. YELLETS ) | |
|      LINDA J. YELLETS ) | |
|      **Debtor(s)** ) | CHAPTER 13 |
| ) | |
| SANTANDER CONSUMER USA INC. ) | Case No.: 19-15213 (PMM) |
| dba CHRYSLER CAPITAL ) | |
|      **Moving Party** ) | |
| ) | |
|      v. ) | |
| ) | |
| WILLIAM R. YELLETS ) | |
| LINDA J. YELLETS ) | |
|      **Respondent(s)** ) | |
| ) | |
| SCOTT F. WATERMAN ) | |
|      **Trustee** ) | |

### ORDER APPROVING STIPULATION

IT IS HEREBY ORDERED that the Stipulation between Santander Consumer USA Inc. dba Chrysler Capital and the Debtors in settlement of the Objection To Confirmation, and filed on or about August 28, 2020 in the above matter is APPROVED.

Dated: **August 31, 2020**

BY THE COURT:

*Patricia M. Mayer*

UNITED STATES BANKRUPTCY JUDGE