IN THE U.S. BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  William R. Yellets and           :        Chapter 13
        Linda J. Yellets                    :
            Joint Debtors          :        Bankruptcy No.: 19-15213-ppm

---

## CERTIFICATE OF SERVICE

I, Joseph Quinn, Esquire, attorney for Debtors hereby certify that a true and correct copy of Debtors' proposed Third Amended Chapter 13 Plan dated and docketed September 16, 2020 was forwarded to the following parties, as follows:

*Via First Class United States Mail on September 16, 2020:*

Iman McAllister, Assistant Counsel
PHFA/HEMAP
211 North Front Street, PO Box 15206
Harrisburg, PA 17101-5206

Rose Velasquez, Sr. Analyst/Trainer
Real Time Resolutions, Inc.
1349 Empire Central Drive, Suite 150
Dallas, TX 75247

Fulmer Auto Cycle Sales
1711 Northampton Street
Easton, PA 18042

Baron Silverstein, CEO
NewRez LLC d/b/a
Shellpoint Mortgage Servicing
P.O. Box 10826
Greenville, SC 29603-0826

*via Electronic Filing (ECF on September 16, 2020:*

William Edward Craig, Esquire on behalf of Creditor Santander Consumer USA Inc.
ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

Rolando Ramos-Cardona, Esquire on behalf of Trustee Scott F. Waterman (Chapter 13)
ecfmail@readingch13.com

Rebecca Ann Solarz, Esquire on behalf of Creditor Ditech Financial LLC
bkgroup@kmllawgroup.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

Scott F. Waterman, Esq., Chapter 13 Trustee
ECFMail@ReadingCh13.com

                                            **ROSS, QUINN & PLOPPERT, P.C.**

                                By:     */s/ Joseph Quinn*
                                          Joseph Quinn, Esquire
                                          Attorney I.D. No. 307467
                                          101 S. Hanover Street, Suite 101
                                          Pottstown, PA 19464
                                          T: 610.323.5300
                                          F: 610.323.6081
                                          JQuinn@RQPLaw.com

Date: September 16, 2020                Counsel for Debtors