**U.S. BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:  William R. Yellets and | : | Chapter 13 |
| Linda J. Yellets, | : | |
| Debtors | : | No. :  19-15213-pmm |
| | : | |

## **PRAECIPE TO CHANGE ADDRESS**

TO THE CLERK:

Kindly update the Court's records to reflect a new mailing address for debtors William R. Yellets and Linda J. Yellets, effective immediately, to:

        158 E. Main Street
        Macungie, PA 18062

        ROSS, QUINN & PLOPPERT, P.C.

By:   /s/ Joseph Quinn
       Joseph Quinn, Esquire
       Attorney I.D. No. 307467
       192 S. Hanover Street, Suite 101
       Pottstown, PA 19464
       T: 610.323.5300
       F: 610.323.6081
       JQuinn@rqplaw.com

Date: November 20, 2020