UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  WILLIAM R. YELLETS             : Chapter 13
        and
     LINDA J. YELLETS                  :

          Debtors            : Bankruptcy No. 19-15213PMM

## O R D E R

AND NOW, upon consideration of the the Chapter 13 Trustee's Objection to Proof of Claim Number 3-1 of LVNV FUNDING, LLC and any response, it is hereby ordered that the Objection is sustained.

The Proof of Claim No. 3-1 of LVNV FUNDING, LLC is disallowed.

BY THE COURT:

*/s/ Patricia M. Mayer/*

**Patricia M. Mayer,
Bankruptcy Judge**

Dated: **January 7, 2021**