| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
### Chapter 13 Case No. 19-15213-PMM

WILLIAM R. YELLETS
LINDA J. YELLETS
158 E MAIN STREET
MACUNGIE  PA  18062

Petition Filed Date: 08/20/2019
341 Hearing Date: 10/01/2019
Confirmation Date: 10/29/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/04/2020 | $1,000.00 | 25464472547 | 03/03/2020 | $1,000.00 | 25250149967 | 03/13/2020 | $200.00 | 26063091000 |
| 03/24/2020 | $300.00 | 26425205976 | 04/07/2020 | $590.00 | 26425206764 | 05/06/2020 | $910.00 | 26425208621 |
| 05/06/2020 | $910.00 | 26425208632 | 05/27/2020 | $300.00 | 26425204312 | 05/28/2020 | $700.00 | 26425204290 |
| 06/11/2020 | $400.00 | 26425207247 | 06/11/2020 | $1,000.00 | 26425207236 | 07/07/2020 | $1,000.00 | 26770777031 |
| 07/07/2020 | $1,000.00 | 26770777042 | 07/22/2020 | $820.00 | | 09/04/2020 | $2,000.00 | |
| 10/06/2020 | $2,000.00 | | 10/27/2020 | $1,729.92 | | 12/04/2020 | $1,870.00 | |
| 02/09/2021 | $1,000.00 | | 03/09/2021 | $1,200.00 | | 04/06/2021 | $1,900.00 | |
| 04/26/2021 | $600.00 | | 05/05/2021 | $850.00 | | 06/04/2021 | $1,000.00 | |

**Total Receipts for the Period: $24,279.92    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $27,148.92**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | SANTANDER CONSUMER USA<br>»» 004 | Secured Creditors | $20,960.33 | $7,372.24 | $13,588.09 |
| 0 | ROSS, QUINN & PLOPPERT, P.C. | Attorney Fees | $3,800.00 | $3,800.00 | $0.00 |
| 2 | CREDIT ACCEPTANCE CORP<br>»» 001 | Unsecured Creditors | $4,091.82 | $0.00 | $4,091.82 |
| 3 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 002 | Unsecured Creditors | $283.95 | $0.00 | $283.95 |
| 4 | LVNV FUNDING LLC<br>»» 003 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | AMERICAN INFOSOURCE LP<br>»» 005 | Unsecured Creditors | $366.05 | $0.00 | $366.05 |
| 6 | PENNSYLVANIA AMERICAN WATER<br>»» 006 | Unsecured Creditors | $2,243.62 | $0.00 | $2,243.62 |
| 7 | PENNSYLVANIA AMERICAN WATER<br>»» 007 | Unsecured Creditors | $873.18 | $0.00 | $873.18 |
| 8 | UGI UTILITIES INC<br>»» 008 | Unsecured Creditors | $7,243.83 | $0.00 | $7,243.83 |
| 9 | AUTO TRAKK LLC<br>»» 009 | Unsecured Creditors | $12,237.36 | $0.00 | $12,237.36 |
| 10 | AT&T MOBILITY II LLC C/O AT&T SERVICES<br>»» 010 | Unsecured Creditors | $3,361.42 | $0.00 | $3,361.42 |
| 11 | DIRECTV LLC<br>»» 011 | Unsecured Creditors | $652.92 | $0.00 | $652.92 |
| 12 | PPL<br>»» 012 | Unsecured Creditors | $1,376.37 | $0.00 | $1,376.37 |

| | | | | | |
|---|---|---|---|---|---|
| 13 | ADT SECURITY SERVICES INC<br>»» 013 | Unsecured Creditors | $2,602.50 | $0.00 | $2,602.50 |
| 14 | REAL TIME RESOLUTIONS INC<br>»» 014 | Ongoing Mortgage | $14,498.14 | $3,855.33 | $10,642.81 |
| 15 | NEWREZ LLC  D/B/A<br>»» 15A | Mortgage Arrears | $28,198.67 | $7,498.54 | $20,700.13 |
| 16 | NEWREZ LLC  D/B/A<br>»» 15B | Secured Creditors | $3,964.85 | $1,054.33 | $2,910.52 |
| 17 | PHFA/HEMAP<br>»» 017 | Mortgage Arrears | $1,250.00 | $332.39 | $917.61 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $27,148.92 | Current Monthly Payment: | $1,865.00 |
| Paid to Claims: | $23,912.83 | Arrearages: | $4,635.00 |
| Paid to Trustee: | $2,336.09 | Total Plan Base: | $107,638.92 |
| Funds on Hand: | $900.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.