IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  William R. Yellets and | : | Chapter 13 |
| Linda J. Yellets, | : | |
| Debtors | : | No. : 19-15213-pmm |

## **ORDER**

AND NOW, upon consideration of the Debtors' Motion to Modify the Chapter 13 Plan (Post-Confirmation), and after notice and an opportunity for hearing, if any, it is hereby ORDERED that the Debtors' Motion is GRANTED; and,

IT IS FURTHER ORDERED that the Modified Chapter 13 Plan dated August 4, 2021 is hereby ~~APPROVED.~~   CONFIRMED.

BY THE COURT:

*/s/ Patricia M. Mayer*

**Date: September 3, 2021**      HONORABLE PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE