THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  William R. Yellets and | : | Chapter 13 |
| Linda J. Yellets, | : | |
| Debtor | : | No. : 19-15213-pmm |

## CERTIFICATE OF NO RESPONSE

The undersigned does hereby certify:

1. That I am the attorney for William R. Yellets and Linda J. Yellets, debtors in the above-captioned matter.

2. That a copy of the Supplemental Application for Compensation filed with the Court on August 26, 2021 along with the Notice of Application and Certificate of Service were timely served on parties in interest on August 26, 2021.

3. A response deadline to the application was due on or before September 16, 2021.

4. As of September 22, 2021, no response to said Application has been received.

**ROSS, QUINN & PLOPPERT, P.C.**

By: */s/ Joseph L. Quinn*
    Joseph L. Quinn, Esquire
    Attorney for Debtor
    Attorney I.D. No. 307467
    192 S. Hanover Street, Suite 101
    Pottstown, PA 19464
    Ph: (610) 323-5300

Dated: September 22, 2021