| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
### Chapter 13 Case No. 19-15213-PMM

WILLIAM R. YELLETS
LINDA J. YELLETS
158 E MAIN STREET
MACUNGIE  PA    18062

Petition Filed Date: 08/20/2019
341 Hearing Date: 10/01/2019
Confirmation Date: 10/29/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/06/2021 | $1,900.00 | | 04/26/2021 | $600.00 | | 05/05/2021 | $850.00 | |
| 06/04/2021 | $1,000.00 | | 08/25/2021 | $2,212.00 | | 09/20/2021 | $2,212.00 | |
| 11/04/2021 | $2,213.00 | | 12/07/2021 | $2,213.00 | | 02/10/2022 | $3,000.00 | |
| 03/14/2022 | $800.00 | | 05/12/2022 | $1,000.00 | | 06/09/2022 | $4,000.00 | |

**Total Receipts for the Period: $22,000.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $44,798.92**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS ||||||
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 1 | SANTANDER CONSUMER USA »» 004 | Secured Creditors | $20,960.33 | $11,789.14 | $9,171.19 |
| 0 | ROSS, QUINN & PLOPPERT, P.C. | Attorney Fees | $3,800.00 | $3,800.00 | $0.00 |
| 2 | CREDIT ACCEPTANCE CORP »» 001 | Unsecured Creditors | $4,091.82 | $0.00 | $4,091.82 |
| 3 | QUANTUM3 GROUP LLC AS AGENT FOR »» 002 | Unsecured Creditors | $283.95 | $0.00 | $283.95 |
| 4 | LVNV FUNDING LLC »» 003 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | AMERICAN INFOSOURCE LP »» 005 | Unsecured Creditors | $366.05 | $0.00 | $366.05 |
| 6 | PENNSYLVANIA AMERICAN WATER »» 006 | Unsecured Creditors | $2,243.62 | $0.00 | $2,243.62 |
| 7 | PENNSYLVANIA AMERICAN WATER »» 007 | Unsecured Creditors | $873.18 | $0.00 | $873.18 |
| 8 | UGI UTILITIES INC »» 008 | Unsecured Creditors | $7,243.83 | $0.00 | $7,243.83 |
| 9 | AUTO TRAKK LLC »» 009 | Unsecured Creditors | $12,237.36 | $0.00 | $12,237.36 |
| 10 | AT&T MOBILITY II LLC C/O AT&T SERVICES »» 010 | Unsecured Creditors | $3,361.42 | $0.00 | $3,361.42 |
| 11 | DIRECTV LLC »» 011 | Unsecured Creditors | $652.92 | $0.00 | $652.92 |
| 12 | PPL »» 012 | Unsecured Creditors | $1,376.37 | $0.00 | $1,376.37 |
| 13 | ADT SECURITY SERVICES INC »» 013 | Unsecured Creditors | $2,602.50 | $0.00 | $2,602.50 |
| 14 | REAL TIME RESOLUTIONS INC »» 014 | Ongoing Mortgage | $14,498.14 | $7,314.85 | $7,183.29 |

**Chapter 13 Case No. 19-15213-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 15 | NEWREZ LLC D/B/A<br>»» 15A | Mortgage Arrears | $28,198.67 | $14,227.28 | $13,971.39 |
| 16 | NEWREZ LLC D/B/A<br>»» 15B | Mortgage Arrears | $3,964.85 | $2,000.42 | $1,964.43 |
| 17 | PHFA/HEMAP<br>»» 017 | Mortgage Arrears | $1,250.00 | $630.66 | $619.34 |
| 0 | ROSS, QUINN & PLOPPERT, P.C. | Attorney Fees | $1,200.00 | $1,200.00 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $44,798.92 | Current Monthly Payment: | $2,212.00 |
| Paid to Claims: | $40,962.35 | Arrearages: | $8,894.00 |
| Paid to Trustee: | $3,836.56 | Total Plan Base: | $108,992.92 |
| Funds on Hand: | $0.01 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.