THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  William R. Yellets and | : | Chapter 13 |
| Linda J. Yellets, | : | |
| Debtors | : | No. : 19-15213-pmm |

### CERTIFICATE OF SERVICE

I, Joseph Quinn, Esquire, Counsel for Debtors, hereby certify that a true and correct copy of the Motion to Modify the Chapter 13 Plan (Post-Confirmation), along with Notice of Motion and proposed modified Chapter 13 plan filed on October 6, 2022, has been served upon the following by the means stated:

*Via Electronic Filing (ECF) on October 6, 2022:*

William Edward Craig on behalf of Creditor Santander Consumer USA Inc.
ecfmail@mortoncraig.com, mortoncraigecf@gmail.com

Leon P. Haller on behalf of Creditor Pennsylvania Housing Finance Agency-Homeowners Emergency Mortgage Assistance Program
lhaller@pkh.com, dmaurer@pkh.com;mgutshall@pkh.com

Brian Craig Nicholas on behalf of Creditor Ditech Financial LLC
bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

Rolando Ramos-Cardona on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
ecfmail@readingch13.com

Rebecca Ann Solarz on behalf of Creditor Ditech Financial LLC
bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

Scott F. Waterman, Esq., Chapter 13 Trustee
ECFMail@ReadingCh13.com

Charles Griffin Wohlrab on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing
cwohlrab@raslg.com

Scott F. Waterman, Esq., Chapter 13 Trustee
ECFMail@ReadingCh13.com

*Via First Class United States Mail on October 6, 2022:*

Iman McAllister, Assistant Counsel
PHFA/HEMAP
211 North Front Street, PO Box 15206
Harrisburg, PA 17101-5206

Rose Velasquez, Sr. Analyst/Trainer
Real Time Resolutions, Inc.
1349 Empire Central Drive, Suite 150
Dallas, TX 75247

All other creditors on the mailing matrix not noticed by way of ECF.

**ROSS, QUINN & PLOPPERT, P.C.**

By:  */s/ Joseph Quinn*
Joseph Quinn, Esquire
Attorney I.D. No. 307467
192 S. Hanover Street, Suite 101
Pottstown, PA 19464
T: 610.323.5300
F: 610.323.6081
JQuinn@rqplaw.com

Date: October 6, 2022    Counsel for Debtors