IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  William R. Yellets and | : | Chapter 13 |
| Linda J. Yellets, | : | |
| Debtors | : | No. : 19-15213-pmm |

## ORDER GRANTING MOTION TO MODIFY PLAN

AND NOW, upon consideration of the Debtors' Motion to Modify the confirmed chapter 13 Plan (doc. #76), the "Motion");

It is hereby **ordered** that

1) The Motion is **granted**; and

2) The Modified Plan (doc. # 109) is **approved**.


Date: _____
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE