THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  William R. Yellets and | : | Chapter 13 |
| Linda J. Yellets, | : | |
| Debtors | : | No. : 19-15213-pmm |

## CERTIFICATE OF NO RESPONSE

The undersigned does hereby certify:

1. That I am the attorney for William R. Yellets and Linda J. Yellets, Debtors in the above-captioned matter.

2. That a motion to modify the plan was filed with the Court on October 6, 2022.

3. That a copy of the Motion, along with the proposed modified plan and Notice of Motion were served on parties in interest on October 6, 2022.

4. That a certificate of service was filed with the court on October 6, 2022 declaring timely service to the above-referenced parties.

5. An amended notice was filed and served on November 1, 2022 reflecting a corrected response deadline of November 22, 2022.

6. No response to said Motion has been received as of November 30, 2022.

ROSS, QUINN & PLOPPERT, P.C.

BY:  */s/ Joseph Quinn*
Joseph Quinn, Esquire
Attorney I.D. No. 307467
192 S. Hanover Street, Suite 101
Pottstown, PA  19464
T: (610) 323 - 5300
F: (610) 323 - 6081

Date:  November 30, 2022                               JQuinn@rqplaw.com