THE U.S. BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  William R. Yellets and         :        Chapter 13
        Linda J. Yellets,                      :
                      Debtors    :        Bankruptcy No.: 19-15213-pmm
_____ :

## SUGGESTION OF DEATH

TO THE CLERK OF COURT:

    Debtor Linda J. Yellets, passed away on May 6, 2023. This suggestion serves as notification to the Court and Chapter 13 Trustee.

                Respectfully submitted,

                **ROSS, QUINN & PLOPPERT, P.C.**

BY:    */s/ Joseph Quinn*_____
        Joseph Quinn, Esquire
        Attorney I.D. No. 307467
        192 S. Hanover Street, Suite 101
        Pottstown, PA  19464
        T: (610) 323 - 5300
        F: (610)323 - 6081
        JQuinn@rqplaw.com

Date:  May 9, 2023