Office Mailing Address:
Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA  19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
### Chapter 13 Case No. 19-15213-PMM

WILLIAM R. YELLETS
LINDA J. YELLETS
158 E MAIN STREET
MACUNGIE  PA    18062

Petition Filed Date: 08/20/2019
341 Hearing Date: 10/01/2019
Confirmation Date: 10/29/2020

Case Status: Open / Unconfirmed

## RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 09/15/2022 | $1,000.00 | 28316203986 | 09/15/2022 | $1,000.00 | 28316203975 | 09/15/2022 | $1,000.00 | 28316203953 |
| 09/15/2022 | $1,000.00 | 28316203997 | 09/15/2022 | $1,000.00 | 28316205000 | 09/15/2022 | $1,000.00 | 28136203964 |
| 09/15/2022 | $1,000.00 | 28316203942 | 09/15/2022 | $500.00 | 28316205011 | 10/27/2022 | $2,543.00 | |
| 11/30/2022 | $2,543.00 | | 01/26/2023 | $1,100.00 | | 02/08/2023 | $1,500.00 | |
| 02/23/2023 | $1,100.00 | | 03/01/2023 | $1,100.00 | | 03/08/2023 | $1,100.00 | |
| 03/15/2023 | $1,100.00 | | 03/22/2023 | $1,100.00 | | 04/06/2023 | $1,100.00 | |
| 04/20/2023 | $1,100.00 | | 05/04/2023 | $1,100.00 | | 05/11/2023 | $1,100.00 | |
| 05/22/2023 | $650.00 | | 05/30/2023 | $650.00 | | 06/06/2023 | $650.00 | |
| 06/12/2023 | $650.00 | | 06/20/2023 | $650.00 | | 06/27/2023 | $650.00 | |
| 07/05/2023 | $650.00 | | 07/11/2023 | $650.00 | | 07/17/2023 | $650.00 | |
| 07/24/2023 | $650.00 | | 07/31/2023 | $650.00 | | | | |

**Total Receipts for the Period:  $32,236.00   Amount Refunded to Debtor Since Filing:  $0.00  Total Receipts Since Filing: $77,684.92**

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 1 | SANTANDER CONSUMER USA<br>»» 004 | Secured Creditors | $20,960.33 | $19,246.18 | $1,714.15 |
| 0 | ROSS, QUINN & PLOPPERT, P.C. | Attorney Fees | $3,800.00 | $3,800.00 | $0.00 |
| 2 | CREDIT ACCEPTANCE CORP<br>»» 001 | Unsecured Creditors | $4,091.82 | $0.00 | $4,091.82 |
| 3 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 002 | Unsecured Creditors | $283.95 | $0.00 | $283.95 |
| 4 | LVNV FUNDING LLC<br>»» 003 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | CAPITAL ONE BANK (USA) NA<br>»» 005 | Unsecured Creditors | $366.05 | $0.00 | $366.05 |
| 6 | PENNSYLVANIA AMERICAN WATER<br>»» 006 | Unsecured Creditors | $2,243.62 | $0.00 | $2,243.62 |
| 7 | PENNSYLVANIA AMERICAN WATER<br>»» 007 | Unsecured Creditors | $873.18 | $0.00 | $873.18 |
| 8 | UGI UTILITIES INC<br>»» 008 | Unsecured Creditors | $7,243.83 | $0.00 | $7,243.83 |
| 9 | AUTO TRAKK LLC<br>»» 009 | Unsecured Creditors | $12,237.36 | $0.00 | $12,237.36 |
| 10 | AT&T MOBILITY II LLC C/O AT&T SERVICES<br>»» 010 | Unsecured Creditors | $3,361.42 | $0.00 | $3,361.42 |

**Chapter 13 Case No. 19-15213-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 11 | DIRECTV LLC ›› 011 | Unsecured Creditors | $652.92 | $0.00 | $652.92 |
| 12 | PPL ›› 012 | Unsecured Creditors | $1,376.37 | $0.00 | $1,376.37 |
| 13 | ADT SECURITY SERVICES INC ›› 013 | Unsecured Creditors | $2,602.50 | $0.00 | $2,602.50 |
| 14 | REAL TIME RESOLUTIONS INC ›› 014 | Ongoing Mortgage | $14,498.14 | $13,155.54 | $1,342.60 |
| 15 | NEWREZ LLC  D/B/A ›› 15A | Mortgage Arrears | $28,198.67 | $25,587.33 | $2,611.34 |
| 16 | NEWREZ LLC  D/B/A ›› 15B | Mortgage Arrears | $3,964.85 | $3,597.68 | $367.17 |
| 17 | PHFA/HEMAP ›› 017 | Mortgage Arrears | $1,250.00 | $1,134.25 | $115.75 |
| 0 | ROSS, QUINN & PLOPPERT, P.C. | Attorney Fees | $1,200.00 | $1,200.00 | $0.00 |
| 0 | ROSS, QUINN & PLOPPERT, P.C. | Attorney Fees | $1,600.00 | $1,600.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $77,684.92 | Current Monthly Payment: | $2,543.00 |
| Paid to Claims: | $69,320.98 | Arrearages: | $44.00 |
| Paid to Trustee: | $6,589.44 | Total Plan Base: | $110,787.92 |
| Funds on Hand: | $1,774.50 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.