**THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:  William R. Yellets and | : | Chapter 13 |
| Linda J. Yellets, | : | |
| Debtors | : | Case No. 19-15213-pmm |

*****************

Hearing to be Held:
Date:   August 22, 2024
Time:   11:00 am
Place:  United States Bankruptcy Court
          Courtroom 4th Floor
          The Gateway Building
          201 Penn Street
          Reading, Pennsylvania, 19601
*****************

**NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE**

    A motion has been filed seeking a waiver from Debtor Linda J. Yellets to file the certifications required in Local Bankruptcy Rule 4004-3.

    **YOUR RIGHTS MAY BE AFFECTED.  YOU SHOULD READ THESE PAPERS CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY, IF YOU HAVE ONE IN THIS BANKRUPTCY CASE.  (IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT AN ATTORNEY.)**

    1.    If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before August 19, 2024, you or your attorney must do ALL of the following:

    (a).    file an answer explaining your position at:

United States Bankruptcy Court
Eastern District of Pennsylvania
The Gateway Building
201 Penn Street, Suite 103
Reading, PA 19601

    (b).    If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and mail a copy to movant:

Joseph Quinn, Esquire
Ross, Quinn & Ploppert, P.C.

1

       192 S. Hanover Street, Suite 101
       Pottstown, PA 19464

2.    If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief in the motion.

3.    A hearing on the motion is scheduled to be held before the Honorable Judge Patricia M. Mayer, United States Bankruptcy Judge on August 22, 2024 at 11:00 A.M., in:

       **United States Bankruptcy Court**
       **Courtroom 4th Floor**
       **The Gateway Building**
       **201 Penn Street**
       **Reading, Pennsylvania, 19601**

4.    If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you are on the Clerk's Service List and you request a copy from the attorney named in paragraph 1(b).

5.    You may contact the bankruptcy clerk's office at (610) 208-5040 to find out whether the hearing has been cancelled because no one filed an answer.

       **ROSS, QUINN & PLOPPERT, P.C.**

       By: */s/ Joseph Quinn, Esquire*
       Joseph Quinn, Esquire
       Attorney I.D. 307467
       192 S. Hanover Street, Suite 101
       Pottstown, PA 19464
       Ph: (610) 323-5300
       F:  (610) 323-6081

Dated: <u>July 29, 2024</u>