**THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:  William R. Yellets and | : | Chapter 13 |
| Linda J. Yellets, | : | |
| Debtors | : | Case No. 19-15213-pmm |

**CERTIFICATE OF SERVICE**

I, Joseph Quinn, Esquire, Counsel for Debtors, hereby certify that a true and correct copy of the motion for a waiver from the certifications required by Local Bankruptcy Rule 4004-3, along with notice of motion filed on July 29, 2024 has been served upon the following by the means stated:

***Via First Class Mail, Postage Pre-Paid on July 29, 2024:***

Iman McAllister, Assistant Counsel
PHFA/HEMAP
211 North Front Street, PO Box 15206
Harrisburg, PA 17101-5206

Rose Velasquez, Sr. Analyst/Trainer
Real Time Resolutions, Inc.
1349 Empire Central Drive, Suite 150
Dallas, TX 75247

All other creditors listed on mailing matrix.

***Via Electronic Filing (ECF) on July 29, 2024:***

Denise Elizabeth Carlon on behalf of Creditor Ditech Financial LLC
bkgroup@kmllawgroup.com

William Edward Craig on behalf of Creditor Santander Consumer USA Inc.
wcraig@egalawfirm.com, mortoncraigecf@gmail.com

Leon P. Haller on behalf of Creditor Pennsylvania Housing Finance Agency-Homeowners Emergency Mortgage Assistance Program
lhaller@pkh.com, dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com

Michelle L. McGowan on behalf of Creditor Newrez LLC d/b/a Shellpoint Mortgage Servicing
mimcgowan@raslg.com

Rolando Ramos-Cardona on behalf of Trustee Scott F. Waterman
ecfmail@readingch13.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

Scott F. Waterman, Esq., Chapter 13 Trustee
ECFMail@ReadingCh13.com

                                      **ROSS, QUINN & PLOPPERT, P.C.**

                                  By: */s/ Joseph Quinn, Esquire*
                                      Joseph Quinn, Esquire
                                      Attorney I.D. 307467
                                      192 S. Hanover Street, Suite 101
                                      Pottstown, PA 19464
                                      Ph: (610) 323-5300
                                      F:  (610) 323-6081

Dated: <u>July 29, 2024</u>