THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  William R. Yellets and : Chapter 13
        Linda J. Yellets, :
            Debtors : No. : 19-15213-pmm

## CERTIFICATE OF NO RESPONSE

The undersigned does hereby certify:

1. That I am the attorney for William R. Yellets, Debtor in the above-captioned matter, and attorney for Decedent-Debtor Linda J. Yellets.

2. That a motion for waiver of local bankruptcy rule 4004-3 was filed with the Court on July 29, 2024.

3. That a copy of the Motion and Notice of Motion were served on parties in interest on July 29, 2024.

4. That a certificate of service was filed with the court on July 29, 2024 declaring timely service to the above-referenced parties.

5. A response to the Motion was due on or before August 19, 2024.

6. No response to said Motion has been received as of August 20, 2024.


                ROSS, QUINN & PLOPPERT, P.C.

                BY:    */s/ Joseph Quinn*
                      Joseph Quinn, Esquire
                      Attorney I.D. No. 307467
                      192 S. Hanover Street, Suite 101
                      Pottstown, PA  19464
                      T: (610) 323 - 5300
                      F: (610) 323 - 6081
Date: <u>August 20, 2024</u>           JQuinn@rqplaw.com