**THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:  William R. Yellets and | : | Chapter 13 |
| Linda J. Yellets, | : | |
| Debtors | : | Case No. 19-15213-pmm |

## **ORDER**

AND NOW, upon consideration of the motion for waiver of the certifications required in Local Bankruptcy Rule 4004-3, and after notice and opportunity for hearing, it is hereby ORDERED that Debtor is excused by this Court from the requirement to file Local Bankruptcy Form 4004-3B on grounds that the Debtor passed away on May 6, 2023.

BY THE COURT:

*Patricia M. Mayer*

DATE  **August 21, 2024**         HONORABLE PATRICIA M. MAYER
UNITED STATES BANKRUPTCY JUDGE