| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
### Chapter 13 Case No. 19-15213-PMM

WILLIAM R. YELLETS
LINDA J. YELLETS (DECEASED)
158 E MAIN STREET
MACUNGIE  PA    18062

Petition Filed Date: 08/20/2019
341 Hearing Date: 10/01/2019
Confirmation Date: 10/29/2020

Case Status: Completed on 7/29/2024

**RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED**

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/07/2023 | $650.00 | | 08/14/2023 | $650.00 | | 08/21/2023 | $650.00 | |
| 08/28/2023 | $650.00 | | 09/05/2023 | $650.00 | | 09/13/2023 | $650.00 | |
| 09/19/2023 | $650.00 | | 09/25/2023 | $650.00 | | 10/02/2023 | $650.00 | |
| 10/10/2023 | $650.00 | | 10/18/2023 | $650.00 | | 10/23/2023 | $650.00 | |
| 10/30/2023 | $650.00 | | 11/06/2023 | $650.00 | | 11/13/2023 | $650.00 | |
| 11/21/2023 | $650.00 | | 11/28/2023 | $650.00 | | 12/04/2023 | $650.00 | |
| 12/11/2023 | $650.00 | | 12/18/2023 | $650.00 | | 12/27/2023 | $650.00 | |
| 01/03/2024 | $650.00 | | 01/09/2024 | $650.00 | | 01/16/2024 | $650.00 | |
| 01/23/2024 | $650.00 | | 01/29/2024 | $650.00 | | 02/05/2024 | $650.00 | |
| 02/13/2024 | $650.00 | | 02/20/2024 | $650.00 | | 02/27/2024 | $650.00 | |
| 03/05/2024 | $650.00 | | 03/11/2024 | $650.00 | | 03/18/2024 | $650.00 | |
| 03/25/2024 | $650.00 | | 04/01/2024 | $650.00 | | 04/08/2024 | $650.00 | |
| 04/15/2024 | $650.00 | | 04/22/2024 | $650.00 | | 04/29/2024 | $650.00 | |
| 05/06/2024 | $650.00 | | 05/13/2024 | $650.00 | | 05/20/2024 | $650.00 | |
| 05/28/2024 | $650.00 | | 06/04/2024 | $650.00 | | 06/10/2024 | $650.00 | |
| 06/17/2024 | $650.00 | | 06/25/2024 | $650.00 | | 07/01/2024 | $650.00 | |
| 07/09/2024 | $650.00 | | 07/15/2024 | $650.00 | | 07/22/2024 | $650.00 | |
| 07/29/2024 | $603.00 | | | | | | | |

**Total Receipts for the Period:  $33,753.00    Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $110,787.92**

**DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED**

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 1 | SANTANDER CONSUMER USA INC<br>»» 004 | Secured Creditors | $20,960.33 | $20,960.33 | $0.00 |
| 0 | ROSS, QUINN & PLOPPERT, P.C. | Attorney Fees | $3,800.00 | $3,800.00 | $0.00 |
| 2 | CREDIT ACCEPTANCE CORP<br>»» 001 | Unsecured Creditors | $4,091.82 | $2,948.66 | $1,143.16 |
| 3 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 002 | Unsecured Creditors | $283.95 | $204.62 | $79.33 |
| 4 | LVNV FUNDING LLC<br>»» 003 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | CAPITAL ONE BANK (USA) NA<br>»» 005 | Unsecured Creditors | $366.05 | $263.77 | $102.28 |
| 6 | PENNSYLVANIA AMERICAN WATER<br>»» 006 | Unsecured Creditors | $2,243.62 | $1,616.81 | $626.81 |

**Chapter 13 Case No. 19-15213-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 7 | PENNSYLVANIA AMERICAN WATER »» 007 | Unsecured Creditors | $873.18 | $629.24 | $243.94 |
| 8 | UGI UTILITIES INC »» 008 | Unsecured Creditors | $7,243.83 | $5,220.06 | $2,023.77 |
| 9 | AUTO TRAKK LLC »» 009 | Unsecured Creditors | $12,237.36 | $8,818.50 | $3,418.86 |
| 10 | AT&T MOBILITY II LLC C/O AT&T SERVICES »» 010 | Unsecured Creditors | $3,361.42 | $2,422.32 | $939.10 |
| 11 | DIRECTV LLC »» 011 | Unsecured Creditors | $652.92 | $470.50 | $182.42 |
| 12 | PPL »» 012 | Unsecured Creditors | $1,376.37 | $991.83 | $384.54 |
| 13 | ADT SECURITY SERVICES INC »» 013 | Unsecured Creditors | $2,602.50 | $1,875.42 | $727.08 |
| 14 | REAL TIME RESOLUTIONS INC »» 014 | Ongoing Mortgage | $14,498.14 | $14,498.14 | $0.00 |
| 15 | NEWREZ LLC  D/B/A »» 15A | Mortgage Arrears | $28,198.67 | $28,198.67 | $0.00 |
| 16 | NEWREZ LLC  D/B/A »» 15B | Mortgage Arrears | $3,964.85 | $3,964.85 | $0.00 |
| 17 | PHFA/HEMAP »» 017 | Mortgage Arrears | $1,250.00 | $1,250.00 | $0.00 |
| 0 | ROSS, QUINN & PLOPPERT, P.C. | Attorney Fees | $1,200.00 | $1,200.00 | $0.00 |
| 0 | ROSS, QUINN & PLOPPERT, P.C. | Attorney Fees | $1,600.00 | $1,600.00 | $0.00 |
| 18 | BANK OF AMERICA | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 19 | LUZERNE COUNTY TAX CLAIM OFFICE | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 20 | WYOMING VALLEY SANITARY AUTHORITY | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 21 | H&S SERVICE CENTER | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 22 | PENNSYLVANIA TURNPIKE COMMISSION | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 23 | RCN | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 24 | RECOVERY ONE LLC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 25 | TEK COLLECT | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 26 | TREXLERTOWN SELF STORAGE | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 27 | UGI | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $110,787.92 | Current Monthly Payment: | $2,543.00 |
| Paid to Claims: | $100,933.72 | Arrearages: | $0.00 |
| Paid to Trustee: | $9,854.20 | Total Plan Base: | $110,787.92 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

• PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.