*Form 138OBJ* (6/24)–doc 144 – 134

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
   William R. Yellets ) Case No. 19–15213–pmm
 )
 )
   Linda J. Yellets ) Chapter: 13
   fka Linda J. Artis )
   fka Linda Heemstra )
   fka Linda Vandegraaf
   Debtor(s).

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

        Eastern District of Pennsylvania
        United States Bankruptcy Court
        Office of the Clerk, Gateway Building
        201 Penn Street, 1st Floor
        Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

Date: September 20, 2024                                                     For The Court

                                                                               Timothy B. McGrath
                                                                               Clerk of Court