United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-15213-pmm |
| William R. Yellets | Chapter 13 |
| Linda J. Yellets | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 4 |
| Date Rcvd: Sep 20, 2024 | Form ID: 138OBJ | Total Noticed: 49 |

The following symbols are used throughout this certificate:
**Symbol**  **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

++++   Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 22, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | William R. Yellets, Linda J. Yellets, 158 E. Main Street, Macungie, PA 18062-1311 |
| 14376559 | | AT&T, PO Box 537104, Atlanta, GA 30353-7104 |
| 14376562 | + | Citizen's Bank, 2001 Market Street, Philadelphia, PA 19103-7044 |
| 14381358 | + | Ditech Financial LLC, Rebecca A Solarz, Esq., KML Law Group, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14410681 | | Ditech Financial LLC, PO Box 12740, Tempe, AZ 85284-0046 |
| 14376563 | + | Ditech Financial Llc, 345 Saint Peter St, Saint Paul, MN 55102-1211 |
| 14376564 | + | Fulmer Auto Sales, 1711 Northampton St, Easton, PA 18042-3133 |
| 14635930 | + | HEMAP / PENNSYLVANIA HOUSING FINANCE AGENCY, 211 NORTH FRONT STREET, HARRISBURG, PA 17101-1406 |
| 14636002 | + | HEMAP Pennsylvania Housing Finance Agency, c/o Leon P Haller, Esq., Purcell Krug & Haller, 1719 North Front Street, Harrisburg, PA 17102-2392 |
| 14376566 | + | Luzerne County Tax Claim Office, 200 N River St, Wilkes Barre, PA 18711-1004 |
| 14376571 | + | RCN, PO Box 11816, Newark, NJ 07101-8116 |
| 14376572 | ++ | RECOVERY ONE LLC, PO BOX 20404, COLUMBUS OH 43220-0404 address filed with court:, Recovery One Llc, Po Box 20404, Columbus, OH 43220 |
| 14441858 | + | Ross, Quinn & Ploppert, P.C., 192 S. Hanover Street, Suite 101, Pottstown, PA 19464-6096 |
| 14391603 | #+ | Santander Consumer USA, Inc., c/o William E. Craig, Esq., Morton & Craig, LLC, 110 Marter Ave Suite 301, Moorestown, NJ 08057-3125 |
| 14376574 | + | TD Bank, 991 S. Township Line Rd, Royersford, PA 19468-1823 |
| 14376576 | + | Trexlertown Self Storage, 1455 Trexlertown Road, Macungie, PA 18062-9292 |
| 14376577 | ++ | UGI UTILITIES INC, ATTN CREDIT & COLLECTIONS, P O BOX 13009, READING PA 19612-3009 address filed with court:, UGI, PO Box 71203, Philadelphia, PA 19176 |
| 14376579 | ++++ | WYOMING VALLEY SANITARY AUTHORITY, 1000 WSVA DR, HANOVER TOWNSHIP PA 18706-8702 address filed with court:, Wyoming Valley Sanitary Authority, 1000 Wilkes Barre St, Wilkes Barre, PA 18706 |
| 14376578 | + | Wayne Bank, P.O. Box 269, Honesdale, PA 18431-0269 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Sep 20 2024 23:50:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Sep 20 2024 23:51:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14376556 | + | Email/Text: amscbankruptcy@adt.com | Sep 20 2024 23:51:00 | ADT, PO Box 371490, Pittsburgh, PA 15250-7490 |

Case 19-15213-pmm   Doc 147   Filed 09/22/24   Entered 09/23/24 00:36:32   Desc
Imaged Certificate of Notice   Page 2 of 5

| District/off: 0313-4 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Sep 20, 2024 | Form ID: 138OBJ | Total Noticed: 49 |

| | | | |
|---|---|---|---|
| 14408216 | + Email/Text: amscbankruptcy@adt.com | Sep 20 2024 23:51:00 | ADT Security Svcs, Inc., 3190 South Vaughn Way, Aurora, CO 80014-3541 |
| 14405465 | + Email/Text: g17768@att.com | Sep 20 2024 23:50:00 | AT&T Mobility II LLC, %AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 14376557 | + Email/Text: csc.bankruptcy@amwater.com | Sep 20 2024 23:51:00 | American Water, 852 Wesley Drive, Mechanicsburg, PA 17055-4475 |
| 14376558 | + Email/Text: bankruptcynotices@aarons.com | Sep 20 2024 23:51:00 | Arronrnts, 309 E Paces Ferry, Atlanta, GA 30305-2377 |
| 14376560 | + Email/Text: kwalters@autotrakk.com | Sep 20 2024 23:51:00 | Auto Trakk, LLC, 1500 Sycamore Road, Suite 200, Montoursville, PA 17754-9416 |
| 14376561 | + Email/Text: creditcardbkcorrespondence@bofa.com | Sep 20 2024 23:50:00 | Bk Of Amer, Po Box 982238, El Paso, TX 79998-2238 |
| 14383299 | + Email/PDF: ebn_ais@aisinfo.com | Sep 20 2024 23:58:50 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14376868 | + Email/Text: ebnnotifications@creditacceptance.com | Sep 20 2024 23:50:00 | Credit Acceptance, 25505 W Twelve Mile Rd, Suite 3000, Southfield MI 48034-8331 |
| 14407225 | + Email/PDF: ebn_ais@aisinfo.com | Sep 20 2024 23:58:46 | Directv, LLC, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14381084 | ^ MEBN | Sep 20 2024 23:46:43 | Ditech Financial LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14381035 | Email/PDF: resurgentbknotifications@resurgent.com | Sep 20 2024 23:58:57 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14832478 | + Email/Text: ecfbnc@aldridgepite.com | Sep 20 2024 23:50:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, c/o Wendy Locke, Aldridge Pite, LLP, 8880 Rio San Diego Drive, Suite 725, San Diego, CA 92108-1619 |
| 14492096 | Email/Text: mtgbk@shellpointmtg.com | Sep 20 2024 23:50:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14377594 | ^ MEBN | Sep 20 2024 23:47:40 | Orion, c/o PRA Receivables Management, LLC, attn: Valerie Smith, PO Box 41021, Norfolk, VA 23541-1021 |
| 14377079 | ^ MEBN | Sep 20 2024 23:47:41 | Orion, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14391805 | + Email/Text: csc.bankruptcy@amwater.com | Sep 20 2024 23:51:00 | PA American Water, PO Box 578, Alton, IL 62002-0578 |
| 14463012 | Email/Text: blegal@phfa.org | Sep 20 2024 23:51:00 | PHFA/HEMAP, 211 NORTH FRONT ST, PO BOX 8029, HARRISBURG, PA 17105 |
| 14376570 | ^ MEBN | Sep 20 2024 23:47:09 | PPL Electric Utilities, 2 North 9th Street, Allentown, PA 18101-1139 |
| 14376567 | + Email/Text: blegal@phfa.org | Sep 20 2024 23:51:00 | Pa Housing Finance Age, 2101 N. Front Street, Harrisburg, PA 17110-1086 |
| 14376569 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 20 2024 23:58:55 | Portfolio Recov Assoc, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 14379432 | Email/Text: bnc-quantum@quantum3group.com | Sep 20 2024 23:50:00 | Quantum3 Group LLC as agent for, GPCC I LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14408740 | Email/Text: bkdepartment@rtresolutions.com | Sep 20 2024 23:51:00 | Real Time Resolutions, Inc., 1349 Empire Central Drive, Suite #150, Dallas, Texas 75247-4029 |
| 14376573 | + Email/Text: DeftBkr@santander.us | Sep 20 2024 23:50:00 | Santander Bank, 450 Penn Street, Reading, PA |

| Recip ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | 19602-1011 |
| 14381843 | + | Email/Text: enotifications@santanderconsumerusa.com | Sep 20 2024 23:51:00 | Santander Consumer USA Inc., PO Box 961245, Fort Worth, TX 76161-0244 |
| 14787531 | + | Email/Text: ecfbnc@aldridgepite.com | Sep 20 2024 23:50:00 | Shellpoint Mortgage Servicing, c/o Brian K. Jordan, ALDRIDGE PITE, LLP, 8880 Rio San Diego Drive, Suite 725, San Diego, CA 92108-1619 |
| 14376575 | + | Email/Text: Bankruptcy@TekCollect.com | Sep 20 2024 23:50:00 | Tek Collect, Pob 1269, Columbus, OH 43216-1269 |
| 14391969 | | Email/Text: bkrcy@ugi.com | Sep 20 2024 23:51:00 | UGI Utilities, Inc., P.O. Box 13009, Reading, PA 19612 |

TOTAL: 30

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14401450 | *+ | Auto Trakk LLC, 1500 Sycamore Road, Suite 200, Montoursville, PA 17754-9416 |
| 14376565 | ##+ | H&S Service Center, 5749 N Walnut Street, Macungie, PA 18062-1320 |
| 14376568 | ##+ | Pennsylvania Turnpike Commission, Violation Processing Center, 8000 C. Derry Street, Harrisburg, PA 17111-5287 |

TOTAL: 0 Undeliverable, 1 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 22, 2024          Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 20, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor Ditech Financial LLC bkgroup@kmllawgroup.com |
| JOSEPH L QUINN | on behalf of Joint Debtor Linda J. Yellets CourtNotices@rqplaw.com |
| JOSEPH L QUINN | on behalf of Debtor William R. Yellets CourtNotices@rqplaw.com |
| KATIE HOUSMAN | on behalf of Creditor Pennsylvania Housing Finance Agency-Homeowners Emergency Mortgage Assistance Program khousman@pkh.com |
| LEON P. HALLER | on behalf of Creditor Pennsylvania Housing Finance Agency-Homeowners Emergency Mortgage Assistance Program lhaller@pkh.com  dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com |
| MICHELLE L. MCGOWAN | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING mimcgowan@raslg.com |

| District/off: 0313-4 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Sep 20, 2024 | Form ID: 138OBJ | Total Noticed: 49 |

ROLANDO RAMOS-CARDONA
    on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

Scott F Waterman
    on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
    on behalf of Creditor Santander Consumer USA Inc. wcraig@egalawfirm.com
    mortoncraigecf@gmail.com;alapinski@egalawfirm.com

TOTAL: 11

Form 138OBJ (6/24)−doc 144 − 134

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>  William R. Yellets<br><br><br>  Linda J. Yellets<br>  fka Linda J. Artis<br>  fka Linda Heemstra<br>  fka Linda Vandegraaf<br>  Debtor(s). | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 19−15213−pmm<br><br><br>Chapter: 13 |

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

> Eastern District of Pennsylvania
> United States Bankruptcy Court
> Office of the Clerk, Gateway Building
> 201 Penn Street, 1st Floor
> Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

Date: September 20, 2024                                   For The Court

                                                                                   Timothy B. McGrath
                                                                                    Clerk of Court