| Fill in this information to identify the case: |
|---|
| Debtor 1   William R. Yellets |
| Debtor 2   Linda J. Yellets<br>fka Linda J. Artis<br>fka Linda Heemstra<br>fka Linda Vandegraaf |
| (Spouse, if filing) |
| United States Bankruptcy Court for the EASTERN District of PENNSYLVANIA |
| Case number 19-15213-pmm |

# Official Form 410S1

# Notice of Mortgage Payment Change 12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

| | |
|---|---|
| **Name of creditor:** NEW REZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING | **Court claim no.** (if known): 15-2 |
| **Last 4 digits** of any number you use to identify the debtor's account: 7891 | **Date of payment change:** 2/1/2023<br>Must be at least 21 days after date of this notice |
| | **New total payment:** $827.12<br>Principal, interest, and escrow, if any |

### Part 1:   Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No.
   ■ Yes.   Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:
   _____
   _____

   Current escrow payment: $303.78        New escrow payment: $368.64

### Part 2:   Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ■ No
   ☐ Yes.   Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:
   _____
   _____

   Current interest rate:                New interest rate:

   Current principal and interest payment:    New principal and interest payment:

### Part 3:   Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ■ No
   ☐ Yes   Attach a copy of any document describing the basis for the change, such as a repayment plan or loan modification agreement.
   *(Court approval may be required before the payment change can take effect.)*

   Reason for change: _____

   Current mortgage payment           New mortgage payment:

Debtor 1 <u>William R. Yellets</u>
     Print Name    Middle Name    Last Name

Case number *(if known)* <u>19-15213-pmm</u>

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor

■ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ <u>/s/ Charles G. Wohlrab</u>
  Signature

Date <u>12/12/2022</u>

Print <u>Charles G. Wohlrab, Esq.</u>
    First Name    Middle Name    Last Name

Title <u>Authorized Agent for Creditor</u>

Company <u>Robertson, Anschutz, Schneid, Crane & Partners, PLLC</u>

Address <u>130 Clinton Rd #202</u>
    Number  Street

<u>Fairfield NJ 7004</u>
City    State    ZIP Code

Contact Phone <u>470-321-7112</u>

Email <u>cwohlrab@raslg.com</u>

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on _____01/09/2023_____, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

**William R. Yellets**
158 E. Main Street
Macungie, PA 18062

**Linda J. Yellets**
158 E. Main Street
Macungie, PA 18062

And via electronic mail to:

**JOSEPH L QUINN**
Ross, Quinn & Ploppert, P.C.
192 S. Hanover Street
Suite 101
Pottstown, PA 19464

**SCOTT F. WATERMAN (Chapter 13)**
Chapter 13 Trustee
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

**United States Trustee**
Office of the U.S. Trustee
Robert N.C. Nix Federal Building
Suite 300
Philadelphia, PA 19107

By: /s/   Greg Jones



Shellpoint Mortgage Servicing
Servicing
PO Box 10826
Greenville, SC  29603 0826
For Inquiries:  (800) 365-7107

WILLIAM R YELLETS JR
158 E MAIN ST
MACUNGIE PA 18062

Analysis Date: November 22, 2022
Loan:
Property Address:
158 E MAIN ST
MACUNGIE, PA  18062

## Annual Escrow Account Disclosure Statement - Account History

THIS NOTICE IS BEING PROVIDED PURSUANT TO THE REAL ESTATE SETTLEMENT PROCEDURES ACT AND REGULATION X TO THE EXTENT THE LOAN DESCRIBED BELOW IS INCLUDED IN AN ACTIVE BANKRUPTCY CASE OR IS SUBJECT TO A BANKRUPTCY DISCHARGE, THIS NOTICE IS BEING PROVIDED FOR INFORMATIONAL PURPOSES ONLY AND IS NOT A DEMAND FOR PAYMENT OR AN ATTEMPT TO COLLECT THE DEBT FROM YOU PERSONALLY

The following is an overview of your escrow account with Shellpoint Mortgage Servicing. It contains the history of escrow payments made on your behalf in the prior year, and a snapshot of the anticipated disbursements for the coming year. Any potential adjustments due to increases or decreases with your escrow items may affect your monthly escrow payment. If your escrow payment increases, your monthly payment will also increase. If the escrow payment decreases, your mortgage payment will decrease.

| Payment Information | Contractual | Effective Feb 01, 2023 | Prior Esc Pmt | February 01, 2022 | Escrow Balance Calculation | |
|---|---|---|---|---|---|---|
| P & I Pmt: | $458.48 | $458.48 | P & I Pmt: | $458.48 | Due Date: | January 01, 2021 |
| Escrow Pmt: | $288.29 | $368.64 | Escrow Pmt: | $303.78 | Escrow Balance: | -$4,952.38 |
| Other Funds Pmt: | $0.00 | $0.00 | Other Funds Pmt: | $0.00 | Anticipated Pmts to Escrow: | $7,448.09 |
| Asst. Pmt (-): | $0.00 | $0.00 | Asst. Pmt (-): | $0.00 | Anticipated Pmts from Escrow (-): | $0.00 |
| Reserve Acct Pmt: | $0.00 | $0.00 | Resrv Acct Pmt: | $0.00 | | |
| Total Payment | $746.77 | $827.12 | Total Payment | $762.26 | Anticipated Escrow Balance: | $2,495.71 |

| Shortage/Overage Information | Effective Feb 01, 2023 |
|---|---|
| Upcoming Total Annual Bills | $4,423.70 |
| Required Cushion | $737.28 |
| Required Starting Balance | $2,211.86 |
| Escrow Shortage | $0.00 |

**Cushion Calculation:** Because Shellpoint Mortgage Servicing does not set your tax amounts or insurance premiums, your escrow balance contains a cushion of $737.28. A cushion is an additional amount of funds held in your escrow in order to prevent the balance from becoming overdrawn when an increase in the disbursement amount occurs. Your lowest monthly balance should not be below 737.28 or 1/6 of the anticipated payment from the account.

*** Since you are in an active bankruptcy, your new payment shown above is the post-petition payment amount.*

This is a statement of actual activity in your escrow account from Feb 2022 to Jan 2023.  Last year's anticipated activity (payments to and from your escrow account) is next to the actual activity.

| Date | Payments to Escrow Anticipated | Actual | Payments From Escrow Anticipated | Actual | | Description | Escrow Balance Required | Actual |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Starting Balance | 1,822.61 | (1,977.00) |
| Feb 2022 | 303.78 | 295.16 | | | * | | 2,126.39 | (1,681.84) |
| Mar 2022 | 303.78 | 288.29 | | | * | | 2,430.17 | (1,393.55) |
| Apr 2022 | 303.78 | 288.29 | | | * | | 2,733.95 | (1,105.26) |
| May 2022 | 303.78 | 288.29 | 338.95 | 338.95 | * | County Tax | 2,698.78 | (1,155.92) |
| May 2022 | | | 381.10 | 381.10 | | Borough Tax | 2,317.68 | (1,537.02) |
| Jun 2022 | 303.78 | | | | * | | 2,621.46 | (1,537.02) |
| Jul 2022 | 303.78 | | | | * | | 2,925.24 | (1,537.02) |
| Aug 2022 | 303.78 | | 1,595.25 | 1,613.65 | * | School Tax | 1,633.77 | (3,150.67) |
| Aug 2022 | | | | 2,090.00 | * | Hazard | 1,633.77 | (5,240.67) |
| Sep 2022 | 303.78 | | 1,330.00 | | * | Hazard | 607.55 | (5,240.67) |
| Oct 2022 | 303.78 | | | | * | | 911.33 | (5,240.67) |
| Nov 2022 | 303.78 | | | | * | | 1,215.11 | (5,240.67) |
| Dec 2022 | 303.78 | | | | * | | 1,518.89 | (5,240.67) |
| Jan 2023 | 303.78 | | | | * | | 1,822.67 | (5,240.67) |
| | | | | | | Anticipated Transactions | 1,822.67 | (5,240.67) |
| Jan 2023 | | 7,448.09 P | | | | | | 2,207.42 |
| | $3,645.36 | $8,608.12 | $3,645.30 | $4,423.70 | | | | |

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount.  If you want a further explanation, please call our toll-free number.
P - The letter (P) beside an amount indicates that the payment or disbursement has not yet occurred but is estimated to occur as shown.

Shellpoint Mortgage Servicing
For Inquiries: (800) 365-7107

Analysis Date: November 22, 2022
Loan: ███████

## Annual Escrow Account Disclosure Statement - Projections for Coming Year

THIS NOTICE IS BEING PROVIDED PURSUANT TO THE REAL ESTATE SETTLEMENT PROCEDURES ACT AND REGULATION X TO THE EXTENT THE LOAN DESCRIBED BELOW IS INCLUDED IN AN ACTIVE BANKRUPTCY CASE OR IS SUBJECT TO A BANKRUPTCY DISCHARGE, THIS NOTICE IS BEING PROVIDED FOR INFORMATIONAL PURPOSES ONLY AND IS NOT A DEMAND FOR PAYMENT OR AN ATTEMPT TO COLLECT THE DEBT FROM YOU PERSONALLY

This is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made to and from your account Your unpaid pre-petition escrow Amount is $0.00. This amount has been removed from the projected starting balance.

Original Pre-Petition Amouont $8,345.21, Paid Pre-Petition Amount $8,345.21, Remaining Pre-Petition Amount $0.00.

| Date | Anticipated Payments | | | Escrow Balance | |
| --- | --- | --- | --- | --- | --- |
| | To Escrow | From Escrow | Description | Anticipated | Required |
| | | | Starting Balance | 2,495.71 | 2,211.86 |
| Feb 2023 | 368.64 | | | 2,864.35 | 2,580.50 |
| Mar 2023 | 368.64 | | | 3,232.99 | 2,949.14 |
| Apr 2023 | 368.64 | | | 3,601.63 | 3,317.78 |
| May 2023 | 368.64 | 338.95 | County Tax | 3,631.32 | 3,347.47 |
| May 2023 | | 381.10 | Borough Tax | 3,250.22 | 2,966.37 |
| Jun 2023 | 368.64 | | | 3,618.86 | 3,335.01 |
| Jul 2023 | 368.64 | | | 3,987.50 | 3,703.65 |
| Aug 2023 | 368.64 | 1,613.65 | School Tax | 2,742.49 | 2,458.64 |
| Sep 2023 | 368.64 | 2,090.00 | Hazard | 1,021.13 | 737.28 |
| Oct 2023 | 368.64 | | | 1,389.77 | 1,105.92 |
| Nov 2023 | 368.64 | | | 1,758.41 | 1,474.56 |
| Dec 2023 | 368.64 | | | 2,127.05 | 1,843.20 |
| Jan 2024 | 368.64 | | | 2,495.69 | 2,211.84 |
| | $4,423.68 | $4,423.70 | | | |

G – Pending Disbursements prior to the bankruptcy filing date.  Pre-petition disbursements.

(Please keep this statement for comparison with the actual activity in your account at the end of the escrow accounting computation year)

Your ending balance from the last month of the account history (escrow balance anticipated) is 2,495.71.  Your starting balance (escrow balance required) according to this analysis should be $2,211.86. ████████

We anticipate the total of your coming year bills to be 4,423.70.  We divide that amount by the number of payments expected during the coming year to obtain your escrow payment.

| New Escrow Payment Calculation | |
| --- | --- |
| Unadjusted Escrow Payment | $368.64 |
| Surplus Reduction: | $0.00 |
| Shortage Installment: | $0.00 |
| Rounding Adjustment Amount: | $0.00 |
| Escrow Payment: | $368.64 |

If you are a customer in bankruptcy or a customer who has received a bankruptcy discharge of this debt please be advised that this notice is to advise you of the status of your mortgage loan This notice constitutes neither a demand for payment nor a notice of personal liability to any recipient hereof, who might have received a discharge of such debt in accordance with applicabl bankruptcy laws or who might be subject to the automatic stay of Section 362 of the United States Bankruptcy Code. However, it may be a notice of possible enforcement of the lien against t collateral property, which has not been discharged in your bankruptcy

**Notice of Error or Information Request Address**

You have certain rights under Federal law related to resolving errors in the servicing of your loan and requesting information about your loan If you want to request information about your lo or if you believe an error has occurred in the servicing of your loan and would like to submit an Error Resolution or Information Request, please write to us at the following address

Shellpoint Mortgage Servicing
PO Box 10826
Greenville, SC  29603 0826